# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS, et al., | Case Number C 09-4410 JF (HRL) |
| Plaintiffs, | ORDER REFERRING CASE TO MAGISTRATE JUDGE SEEBORG FOR CONSIDERATION OF RELATED CASE STATUS |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

This case is referred to Magistrate Judge Seeborg pursuant to Civil Local Rule 3-12(c) so that Judge Seeborg may determine whether this case is related to Case No. C 08-2625 RS.

IT IS SO ORDERED.

DATED: 11/16/2009

_____
JEREMY FOGEL
United States District Judge