**E-Filed 11/16/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS, et al., <br><br>　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>CITY OF SAN JOSE, et al., <br><br>　　　　　　　　Defendants. | Case Number C 09-4410 JF (HRL) <br><br> ORDER REFERRING CASE TO MAGISTRATE JUDGE SEEBORG FOR CONSIDERATION OF RELATED CASE STATUS |

　　　This case is referred to Magistrate Judge Seeborg pursuant to Civil Local Rule 3-12(c) so that Judge Seeborg may determine whether this case is related to Case No. C 08-2625 RS.

　　　IT IS SO ORDERED.

DATED:  11/16/2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. C 09-4410 JF (HRL)
ORDER REFERRING CASE TO MAGISTRATE JUDGE SEEBORG FOR CONSIDERATION OF RELATED CASE STATUS
(JFLC2)