**\*E-Filed 02/26/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS,<br><br>        Plaintiff,<br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants.<br>_____/ | Case No. C 08-02625 RS |
| NOREEN SALINAS, et al.,<br><br>        Plaintiffs,<br>  v.<br>CITY OF SAN JOSE, et al.,<br><br>        Defendants,<br>_____/ | Case No. C 09-04410 RS<br><br>**ORDER CONSOLIDATING ACTIONS** |

Pursuant to the stipulation of the parties and good cause appearing, the above captioned actions are hereby consolidated for all purposes. In the interests of administrative convenience and to maintain a clear record, it is hereby ordered that:

1. Hereafter, all filings shall be made exclusively under case No. C 09-04410 RS.

2. Within 15 days of the date of this order, plaintiffs shall file an amended consolidated complaint.

3. The Clerk shall close the file in Case No. 08-02625 RS.

IT IS SO ORDERED.

Dated: 02/26/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE