*E-Filed 8/24/10*

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
E-Mail: dalekgalipo@yahoo.com

Attorney for Plaintiff, NOREEN SALINAS

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, CHIEF ROBERT DAVIS, TASER INTERNATIONAL, INC. and DOES 1 to 10, Inclusive,<br><br>    Defendants. | Lead Case No.:   5:09-cv-04410-RS<br><br>Consolidated Case: 08-02625 RS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION FILING CUT-OFF DEADLINE**<br><br>[Joint Stipulation to Continue Motion Filing Cut-Off Deadline *filed concurrently herewith*] |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**THE COURT**, having considered the stipulation of the parties through their respective attorneys of record, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.) The present cutoff date for filing *Daubert* motions set for August 30, 2010, is hereby VACATED and reset for September 30, 2010; *and*

2.) The present cutoff date for filing Motions for Summary Judgment of November 12, 2010, is hereby VACATED and reset for December 12, 2010.

**IT IS SO ORDERED.**

8/23/10
**Dated**

**The Hon. Richard Seeborg**
**UNITED STATES DISTRICT COURT**
**N.D. OF CALIFORNIA**