*E-Filed 10/12/10*

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
E-Mail: dalekgalipo@yahoo.com

Attorney for Plaintiff, NOREEN SALINAS

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE; CHIEF ROBERT DAVIS; SGT. JASON WOODALL; OFFICER RODERICK SMITH; OFFICER BARRY CHIKAYASU; SGT. MICHAEL McLAREN; TASER INTERNATIONAL, INC.; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: C08-02625 RS (HRLx) consolidated with C 09-04410<br><br>[*Honorable Richard Seeborg*]<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE RE TASER'S MOTION TO EXCLUDE TASER-RELATED MEDICAL CAUSATION OPINIONS OF DR. HARRY BONNELL; [~~PROPOSED~~] ORDER THEREON** |

**IT IS HEREBY STIPULATED,** by and between the parties and through their respective attorneys of record pursuant to the Local Rules for the Northern District of California, Rule 6-2, to modify the briefing schedule regarding Defendant TASER's Motion to Exclude TASER-Related Medical Causation Opinions of Dr. Harry Bonnell, as follows:

Whereas Defendant TASER International, Inc. filed a *Daubert* motion to exclude Plaintiff's expert, Dr. Harry Bonnell, from offering TASER-related medical

causation testimony at trial; and

Whereas Defendant TASER's Daubert motion is set to be heard on November 4, 2010; and

Whereas Plaintiffs' last day to file an opposition to Defendant TASER's motion seeking to exclude areas of Dr. Bonnell's testimony is October 14, 2010; and

Whereas Plaintiffs' expert, Dr. Bonnell is on vacation and unreachable until October 18, 2010;

The parties hereby agree to modify the briefing schedule to allow Plaintiff until and including October 22, 2010 to file an Opposition to Defendant TASER's Motion to Exclude TASER-Related Medical Causation Opinions of Dr. Harry Bonnell.

The parties hereby further agree that Defendant TASER's Reply in Support of Motion to Exclude TASER-Related Medical Causation Opinions of Dr. Harry Bonnell will be due October 29, 2010.

The parties do not believe this modified briefing schedule will affect any of the other dates in this matter, including the hearing date on TASER's *Daubert* motions. The parties have not previously requested a modification of the briefing schedule for Defendant's Daubert motions. On August 24, 2010 this Court granted the parties' stipulation continuing the filing deadline for Daubert motions from August 30, 2010 to September 30, 2010 and continuing the cutoff date for filing Motions for Summary Judgment from November 12, 2010 to December 12, 2010.

Dated: October 7, 2010

/s/ Dale K. Galipo
DALE K. GALIPO
Attorneys for Plaintiff

Dated: October __8__, 2010                 /s/
_____
MILDRED O'LINN, ESQ.
MANNING & MARDER
Attorney for Defendants
TASER INTERNATIONAL, INC.

**PURSUANT TO STIPULATION,** good cause having been shown,

**IT IS SO ORDERED.**

Plaintiffs' Opposition to
Defendant's Motion as to
Dr. Bonnell:                October 22, 2010        or        _____

Defendant's Reply in
Support of Motion as to
Bonnell:                    October 29, 2010        or        _____

Dated: __10/12/10_____        _____
                                    Honorable Richard Seeborg
                                    U.S. District Court Judge
                                    Northern District of California

3