**\*\*E-filed 6/3/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NOREEN SALINAS, et al.,

        Plaintiffs,

  v.

CITY OF SAN JOSE, et al.,

        Defendant.

                                /

No. C 09-4410 RS

**ORDER TRANSFERRING ACTION**

    This matter is hereby transferred to Judge Davila for all further proceedings. Any existing scheduling deadlines and hearing dates are vacated.

IT IS SO ORDERED.

Dated: 6/3/11

                              RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE