United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS, et. al., | CASE NO. 5:09-cv-04410 EJD |
| Plaintiff(s), | **ORDER VACATING INTERIM STATUS CONFERENCE** |
| v. | |
| CITY OF SAN JOSE, et. al., | |
| Defendant(s). | |

    Having reviewed the current status of this action, the court finds that an Interim Status Conference is unnecessary at this time. Accordingly, the conference scheduled for December 7, 2012, is VACATED. The court will reschedule the status conference if necessary in the order addressing Taser's Motion for Reconsideration.

    Plaintiffs' request to appear by telephone (Docket Item No. 122) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: December 5, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:09-cv-04410 EJD
ORDER VACATING INTERIM STATUS CONFERENCE