# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Noreen Salinas,

        Plaintiff,

v.                                         Civil Action No. C 08-02-02625 RS

City of San Jose, Chief Robert Davis,
TASER International, Inc., Officer
Barry Chikayasu, Sergeant. Jason Woodall,
Officer Roderick Smith, Does 10-4 and
Does 9 to 10, inclusive,

        Defendants.

## <u>DECLARATION OF JEFFREY HO, M.D.</u>

I, Jeffrey Ho, being of legal age and under the penalties of perjury, state as follows:

1. I am a competent adult and have personal knowledge of the following facts, or believe them to be true based on information and belief.  Facts about which I do not have personal knowledge are of the type reasonably relied upon by experts in this field and have probative value to me in rendering my opinions.

2. Attached hereto is a true and accurate copy of my expert report in the Salinas v. TASER International, Inc., Case No. C 08-02625 RS litigation.

3. The report summarizes my analysis and findings and includes a statement of my opinions.  The report also includes data and other information considered by me in forming my opinions and sets out my qualifications (including my resume).

4. My opinions are expressed to a reasonable, or higher, degree of professional certainty.

5. I affirm under the penalties of perjury that the foregoing statements are true and correct.

Jeffrey D. Ho, MD, FACEP, FAAEM

<u>May 12, 2010</u>
Date

Case: Salinas v. City of San Jose, et al.

**\*Introduction**

I have been retained as an expert medical consultant on behalf of the Defendant, TASER

International, Inc. (TASER) for this case.  I have been asked to provide my opinions on

sudden, arrest-related death (ARD) and about the effects of the electrical output from a

TASER® electronic control device (ECD or device) on human physiology and what its

human effects were in this particular case.  My opinions offered in this case are rendered

to a reasonable degree of medical certainty or probability.

I reserve the right to supplement or modify this statement if and when I acquire additional

relevant information prior to the time of trial.

**\*Qualifications**:

I am a practicing, residency trained and board-certified emergency medicine physician

and hold an academic appointment at the University of Minnesota Medical School.   I am

a Fellow of the American College of Emergency Physicians and the American Academy

of Emergency Medicine and I am a Board Examiner for the American Board of

Emergency Medicine. I also hold a full-time peace officer license in the State of

Minnesota and currently work as a deputy sheriff.  I have previous experience as a

firefighter/emergency medical technician (EMT) and have fellowship training

specifically in the area of emergency medical services (EMS)/pre-hospital emergency

care.  I have 9 years of reserve military service as a medical corps officer and I currently

serve as a medical director to EMS agencies in the upper Midwest.  I am an expert medical research consultant on ARD issues to TASER. I maintain certification as a TASER ECD Instructor, and I serve as the Medical Director to TASER. My area of expertise includes research in the area of sudden and unexpected death in law-enforcement related incidents and also the physiologic effects of ECDs. I have conducted numerous research studies on these devices and have had my work published in peer-reviewed medical journals and have presented at national/international meetings and assemblies on these topics. I have been allowed to provide expert opinions on TASER ECD effects on human subjects in other legal cases both nationally and internationally. My opinions in this case are based on the above qualifications.  In addition to these qualifications, I refer interested persons to my attached curriculum vitae for further qualifications and information.

**\*Publications in the last 10 years**:

Please refer to my curriculum vitae for a listing of publications.

**\*Compensation**:

<u>Hourly billing rate</u>: $375.00 per hour for time spent actively working on this case (reviewing, writing, testifying, providing deposition, etc.) regardless of location.

<u>Travel Billing Rate</u>: $375.00 per hour during business hours (8a-5p) and $187.50 per hour during non-business hours (5p-8a) for travel time for purposes of business related to this matter. Travel expenses are to be reimbursed. Domestic first class travel will be allowed for commercial travel over 6 hours from home station.

**\*Exhibits to Be Used at Deposition and Trial**

Exhibits to be used at deposition include, but are not limited to: all referenced documents and other resources listed herein or in each particular document; videos of ECD research; videos of resistive subjects; explanatory and/or demonstrative charts and/or graphs; PowerPoint® or Keynote® presentations regarding ECDs; research equipment; and demonstrative aids and devices.

**\*Previous testimony or deposition as an expert within the last 4 years**:

1. (CA) Butler v. TASER International (March 2010-deposition; expert for the defense, civil wrongful death case)

2. (OR) Kaady v. Multnomah County (February 2010-deposition; expert for the defense, civil wrongful death case)

3. (AZ) Marquez v. City of Phoenix, et al. (October 2009-deposition; expert for the defense, civil wrongful death case)

4. (AZ) Graff v. TASER International (July 2009-deposition; expert for the defense, civil wrongful death case)

5. (CA) Rosa v. TASER International (June 2009-deposition; expert for the defense, civil wrongful death case)

6. (FL) Nelson v. Hudepohl, et al. (July 2008 and January 2009-first and second depositions; expert for the defense, civil use of force case)

7. (Canada) Braidwood Inquiry, Vancouver, Canada (May 2008-testimony, May 2009-testimony)

8. (TN) Lee v. City of Nashville, et al. (August 2008-deposition, April 2009-court testimony; expert for the defense, civil wrongful death case)

9. (FL) Oliver v. City of Orlando, FL, et al. (June 2008-deposition; expert for the defense, civil wrongful death case)

10. (OH) TASER v. Summit County, OH Medical Examiner, et al. (April 2008; expert for the plaintiff, wrongful decision case)

11. (OH) Morrison v. Muskingum County Sheriff Robert J. Stephenson, et al. (October 2007-deposition, February 2008-court testimony; expert for the defense, civil use of force case)

12. (NV) Lomax v. Las Vegas Metropolitan Police Department, et al. (October 2007; expert for the defense, civil wrongful death case)

13. (CA) Heston v. City of Salinas, CA, et al. (June 2007-deposition, May, 2008-court testimony; expert for the defense, civil wrongful death case)

**\*Case Specific Reviewed Documents or Materials**
1. Complaint (8-14-08)
2. Amended Complaint (2-17-09)
3. TASER Rule 26a Rpt 001 Initial (12-29-08)
4. Plaintiff's Rule 26 Disclosures 001 Part 1 (12-18-08)
5. Plaintiff's Resp and Obj to TASER's RFP#1
6. TASER ECD Download (7-30-07)
7. Death Certificate and Amendment (5-25-07)
8. Toxicology Report (6-26-07)
9. Neuropathology Report (5-28-07)
10. Medical Examiner Report of Investigation (5-31-07)
11. Autopsy Report (5-28-07)
12. Prior Police Records (5-7-06, 4-26-07, 5-23-07)
13. American Medical Response (AMR) Records (5-25-07)
14. Prior AMR Records (4-26-07)
15. Santa Clara Medical Records (12-1-08)
16. Police Report of Detective Anaya (5-25-07)
17. Police Report of Sergent Chen (5-25-07)
18. Police Report of Officer Chickayasu (5-25-07)
19. Police Report of Officer Corbin (5-25-07)
20. Police Report of Officer Forrester (5-25-07)
21. Police Report of Officer Foster (5-25-07)
22. Police Report of Officer Foster 2 (5-25-07)
23. Police Report of Officer Granberg and Lagergren (5-25-07)
24. Police Report of Officer Ichige (5-25-07)
25. Police Report of Officer Kopp (5-25-07)
26. Police Report of Officer Little (5-25-07)
27. Police Report of Officer McBrayer (5-25-07)
28. Police Report of Officer Niehoff (5-25-07)
29. Police Report of Officer Schnutenhaus (5-25-07)
30. Police Report of Officer Smith (5-25-07)
31. Police Report of Officer Warra-Supp (5-25-07)
32. Police Report of Officer West (5-25-07)
33. Police Report of Sergent Woodall (5-25-07)
34. Police Report of Sergent Brown (5-25-07)
35. Police Report of Sergent McLaren (5-25-07)
36. Police Report of Officer Guess (5-25-07)
37. Police Report of Detective Anaya - Supp (5-31-07)
38. Police Report of Detective Anaya - Supp 2 (6-6-07)
39. Police Report of Officer Little - Supp-2 (6-7-07)

40. Deposition of Officer Barry Chikayasu
41. Deposition of Sergent McLaren
42. Deposition of Officers Woodall
43. Deposition of Officer Smith
44. Deposition of Anna Salinas
45. Deposition of Carlos Salinas
46. Deposition of witness Howard
47. Deposition of witness Dahir
48. Deposition of Dr. O'Hara
49. Woodall Interview Audio
50. Chickayasu Statement Audio
51. Smith and Brown Interview Audio
52. Lenore Salazar Interview Audio
53. Plaintiff Expert Report by Dr. Bonnell
54. Plaintiff Expert Report by Mr. Roger Clark
55. Appendix A, Summary of Facts
56. Appendix E Case Specific Materials with Bluebooking


**\*Case Summary:**

The decedent in this case, Mr. Steve Salinas (SS), had a Body Mass Index (BMI) of 38.4 at the time of his autopsy that placed him in the "overweight" category per federal standards.[1]  SS was a member of a recognized criminal gang and had a history of illicit drug use (specifically Phencyclidine, aka PCP) with episodes of agitated and delirious behavior during intoxication. These previous episodes involved behavior by SS that could be characterized as bizarre, nonsensical and inappropriate (agitation, catatonia, elevated heart rate, muscular rigidity, elevated temperature, staying within a burning vehicle after driving it into a tree, maintaining an odd position in the vehicle during this time). He also had a history of being arrested for illegal weapon possession. SS was also known to utilize an "over the counter" medication for enhancement of sexual activity and there is evidence to support that he used this shortly before the time of his collapse (discarded package found in motel room after sexual activity had occurred).

On May 25, 2007, SS and Ms. Lenore Salazar (LS) checked into a motel room together. At some point, they engaged in sexual activity. Forensic evidence indicates that a discarded package that contained a sexual enhancer was found in the room during the investigation consistent with the history of SS and the statement given by LS. The level of PCP found in SS at autopsy would also indicate that he was under the influence of a dose that has been associated with lethality at the time of his death.. There were 2 unidentified persons that visited this motel room as recorded on the motel surveillance camera system contrary to the statement given by LS. Approximately 1.5 hours after this visit, abnormal noises are heard from the motel room occupied by SS and LS. The noises are described by others at the motel property as loud thumping sounds and a male voice "grunting", yelling profanity and then yelling other non-sensical words. The behavior of SS at this time was described by LS as "outraged" and his actions included falling into a table, rolling around on the floor in an agitated state and breaking a window while falling. The noises were interpreted by several guests as alarming disturbances prompting them to report or attempt to report them to the motel management and police were summoned.

LS later told investigators later that she had never seen SS act like this (strange, agitated, "outraged"). Upon arrival of the first police officer (McLaren), it is described that he could hear loud and unintelligible screaming coming from within the motel room where SS was. Backup officers and EMS were requested to the scene early in the course of this call. The occupants of the room did not answer the door when the police officers announced their presence and requested the door to be opened. Entry was gained when the officers opened the door through the broken out window.

Upon opening the door, LS was removed from the room and restrained.  SS was found naked in the room and did not respond to or obey the officers' commands. A TASER X26™ ECD was used in probe deployment mode to assist in restraining and controlling SS. The probes embedded in the left mid-back and the upper left buttock region. This initial deployment was described as effective and SS fell to the ground. While on the ground, SS resisted restraint attempts and continued to not follow or respond to the officers' commands. SS attempted to bite one of the officers more than once during this process.[2] The ECD was activated several times while SS was on the ground and it is described that despite this, SS continued to resist significantly. There appear to be 10 attempts at ECD current delivery surrounding the approximate time of this call. It is unclear if all of these attempts were successful. It is reported that SS showed incredible strength despite the presence of several officers attempting to restrain him and that he did not show signs of experiencing pain during the restraint process.[3] A witness to the event was also impressed that SS as a single person appeared to be able to "get the better" of numerous officers working together before they were able to control him.[4] Eventually, SS was restrained with 2 sets of handcuffs. It is described that even after handcuffing, SS continued to resist.[5]  It is also described that after the final ECD electrical charge delivery attempt and the successful application of handcuffs, SS was breathing/snoring and had a pulse.[6] [7] The elapsed time between when the motel room door was opened and the arrival of EMS at the motel room was approximately 5 minutes (6:39-6:46 pm) and is verified by surveillance footage. The elapsed time between the first dispatch notification of the

police to respond to the motel for this disturbance and the arrival of EMS at the motel room was approximately 14 minutes (6:32-6:46 pm).

The time stamps on the motel surveillance cameras give good approximations for timing of the events. The cameras show that Sgt McLaren left the motel room at 6:44 pm and has testified that he left the room quickly after SS was handcuffed. Other officers indicate that SS was breathing and had a pulse around this time. EMS personnel are shown to arrive in the room at 6:47 pm and SS is found to be in an asystolic cardiac rhythm at this time. Resuscitation measures were taken but were unsuccessful. At 7:00 pm, SS is pronounced dead at the motel.

An autopsy was performed on SS on 5-28-07. The Cause of Death was determined to be "Cardiopulmonary arrest during a violent struggle in an individual under the influence of phencyclidine (PCP)." Other significant conditions were hypertensive heart disease, coronary artery disease, obesity and ECD use. The PCP level at autopsy was 540 nanograms per milliliter (ng/mL) and was described as within the range of lethality. The Manner of Death was undetermined. The autopsy diagnostic findings included PCP intoxication, hypertension with cardiomegaly and left ventricular hypertrophy (cardiac weight 530 grams (g)), moderate to marked atherosclerotic coronary artery disease, obesity, hepatic steatosis, multiple abrasions/contusions, a broken rib, multiple incised wounds of the upper extremity and puncture wounds to the back and left buttock from the ECD probes.

**\*Opinion**

I have been asked to specifically address the physiologic effects of a TASER ECD application to humans in this report as well as provide an opinion on certain aspects of arrest-related sudden death.  In this case, there is evidence and supporting law enforcement documentation that are consistent with a TASER X26 ECD having been discharged in deployed probe mode to SS during a restraint and control process.  The ECD applications occurred to SS's posterior side. There was no indication of involvement of an ECD to the anterior thorax of SS. Specifically, the points of ECD contact were the left side of the mid-back, 17 inches below the top of the head/4 inches to the left of midline and in the superior left buttock, 28 inches below the top of the head/4 ¼ inches to the left of midline.[8]  All The ECD applications may not have been completely effective since SS continued to significantly resist during this time period. All ECD application attempts occurred within 93 seconds and it is known that the ECD was activated 10 times.[9]

Before giving opinion on the specifics of this case, it is important to note that in general, there is nothing that exists to date scientifically to support a causal connection between ECD application in humans and sudden, unexpected death. There are several general conditions that are strongly associated as risk factors in custodial sudden deaths such as agitated, delirious behavior, underlying cardiomegaly, left ventricular hypertrophy, PCP abuse and intoxication, and underlying coronary artery disease.[10] [11] [12] [13] [14]  These conditions are known to be independent of ECD application and all were present in this

case. Male sexual enhancement supplements have also been associated with sudden death.[15] The exact risk of this has not been clearly defined but it must be brought up in this case because of SS's underlying health and use of sexual enhancement supplementation. It would not be possible to opine that this did not create some risk in combination with the other factors listed above. This condition is also independent of the ECD application.

In this unfortunate case of SS, it is important to address the logic of the situation before getting into the specific physiologic consequences.  The issue to consider is whether or not inappropriate logic is being utilized when examining allegations of a possible association between ECD use and the sudden death (SD) event.  Because the SD event followed shortly after an ECD was used, it is tempting to draw an association between the two simply because of their close association by time sequence. This logical fallacy is known as *post hoc, ergo propter hoc* ("after this, therefore because of this"). A simple but obvious example of post hoc, ergo propter hoc logic would be when roosters crow in the morning - shortly after the rooster crows, the rising of the sun occurs. Using post hoc, ergo propter hoc logic would lead one to believe that the two events described are related because they occur closely together in time.  The two events are obviously not related and if the rooster doesn't crow the sun still rises.  The problem with making a simple time association as the basis for one's logic is that time association does not necessarily establish causation.  In order to establish causation, many other factors need to be considered, such as the probability of chance, the inherent diurnal nature of roosters that causes the rooster to crow in the morning and the fact that the sun will rise every morning

because of the laws of the solar system.  After considering these other factors, it is clear that the crowing of the rooster and the rising of the sun are not causally related at all. While this example may seem absurd, I use it to demonstrate an actual error in logic that mankind has made in the past.  It is also applicable to SD cases such as this one since it is also this type of logic that is wrongly inferred in cases like this without regard to what the body of science shows.

The scientific process examines individual factors and scrutinizes them to determine if they are somehow related to the issue in question. This same scientific process also needs to be applied in cases that attempt to temporally link an ECD application with a SD event. Failure to do so only yields uninformed and unsupported speculative opinions and potentially faulty conclusions. Another logical fallacy that comes into play in this type of situation is that of *causal oversimplification* or looking to assign causal blame on any item or tactic that is used while disregarding SS's underlying health and drug abuse history.  It also disregards SS's decision to resist and fight with law enforcement officers.

Additionally, the use of this logic causes one to ignore the obvious. While it is true that SS died in the presence of law enforcement personnel, it is important to remember that this is only true because their presence was necessary due SS's erratic, bizarre, agitated and "outraged" behavior. SS's own decisions and actions (chronic and acute decision to use an illicit hallucinogen and embark upon significant strenuous and resistive behavior) placed him at significant risk of sudden death. It is believed that persons with psychotic conditions similar to SS are at elevated risk for sudden death in situations that place them

12

at elevated physical stress and this has been described in situations involving PCP.[16] In these situations, deaths such as SS's also occur unattended by law enforcement and may occur even in the presence of medical professionals.  The salient point is that the presence of law enforcement or use of an ECD is not a dependent variable in these types of deaths.

The concept of inappropriate logic in this case cannot be overstated.  Inappropriate logic is the exact reason why so many people unjustifiably believe that ECD use and SD events are related.  This applies not only to laypersons but also to educated professionals such as law enforcement officers, city officials, attorneys and physicians.  It is very easy to make these associations when events or concepts are not easily understood.  In fact, the concept of flawed logic as it relates to medical conclusions and also to SD events has been pointed out in the past.[17] [18]  ECDs and SDs are not simple devices or concepts and therefore tend to be at high risk for misunderstanding and inappropriate logic.  It is important to keep in mind that to understand the relationship between 3 factors (in this case, human physiology, SD in humans, and ECD applications), one should have a good understanding of all.  Simply understanding the human body, the ECD, or SD separately and independently does not necessarily qualify persons to speak intelligently on the 3 in combination.

Before first considering what occurs at a cellular or base level in human physiology, it is important to provide information about how a TASER ECD operates.  There is often confusion surrounding this because an ECD, by definition, utilizes low electrical current delivered, brief duration pulsed electrical charges to accomplish its intended task.  Unless

a person has had specific training in ECD electrical principles, this confusion often leads to inappropriate assumptions or conclusions.  Furthermore, this confusion is often perpetuated by media sources in the public domain. (e.g. a national, daily publication read by thousands of people ran a front page article on June 3, 2005 that compared and *incorrectly* showed an ECD to have even greater electrical current output than that of the judicial electric chair used for capital punishment. The reported output of the ECD was off by a factor of 1 million.)[19]

I have significant experience in dealing specifically with many of the ECD electrical principles in my realm of human research and medicine.  I have personal experience as an emergency physician in caring for patients who have experienced a non-ECD associated SD event several times in my career.  Many of these patients have had similarities to the case in question.  In this case, Plaintiffs allege that the ECD caused or contributed to this death.  There are several factors that are necessary for electrical current to cause damage to the human body. These include quantity of delivered electrical charge, location of charge delivery, method of delivery, charge density, etc. One aspect that needs to be discussed is voltage.  In laypersons language, voltage is a measure of the pressure that is pushing electrons down a certain path. This voltage, if high enough, can cause electricity to "arc" through open space or through clothing. (e.g. in a dry environment when a person walks across the carpet in socks and goes to touch a metal doorknob, the person often receive a "static" shock to their hand even before the hand has touched the knob. This jumping or "arcing" of the shock from the hand to the knob occurs because of the higher voltage involved, often at least tens of thousands of volts but there is no danger

here due to the very low delivered electrical charge involved.  Amperage is another component and represents the flow or the total number of electrons flowing per second along a given path. This component is necessary at a relatively high number to cause physiologic damage in a human. (e.g., a typical residential wall outlet will only have a constant output of about 110 volts (V) but up to 16 amperes (A) of sustained electrical current available. This is why it can be dangerous for humans to come into contact with it and also why electricity does not arc out of the wall.) By comparison, the TASER X26 ECD used in this case generates a peak arcing (not delivered) voltage of up to 50,000 V (to be able to arc across a 50 millimeter (mm) air space or through clothing if necessary) but delivers a peak voltage of only up to about 2,400 V (dependent upon the load) with average delivered current of approximately 0.0021 A.  Perhaps the most pertinent concept to keep in mind with regard to this case is that higher voltage with very low delivered charge is not known to be dangerous to humans from a scientific standpoint.

Another more concrete way to understand these concepts is to compare the energy delivered from a TASER X26 ECD with that of a commonly used medical device, the emergency cardiac defibrillator which is used by laypersons and medical personnel alike to deliver life-saving shocks to patients in cardiac-arrest states. Defibrillator energy is usually characterized in terms of "joules" (J) that is the International System of Units measurement of energy (mechanical, electrical, or thermal) describing the energy delivered in a single pulse. It is important to understand that a single J is a very small amount of energy. Emergency external cardiac defibrillators typically deliver electrical energy in the range of 150-360 J.  The TASER X26 ECD delivers about 0.1 J per pulse.

The minimum energy recommendation, measured in joules, by the American Heart Association (AHA) to be used in common medical situations to generate a physiologic change at a cellular level is at least 1 J/kilogram (Kg) which would be about 65-90 J for an average adult. Additionally, the AHA recommends only 3 positions of defibrillator electrode placement to maximize the electrical current reaching the heart to cause an effect.[20]  None of these 3 positions resembles the area of probe impact on SS. This is notable because any allegation of causation in this case needs to be made at least partially based on ECD energy and probe landing position.  The level of energy in a cardiac defibrillator that is the minimum recommendation by the AHA to effect a physiologic change is significantly more than what SS was exposed to from the ECD during the incident in question and is intended to be delivered in a different position and from larger electrodes than from what SS experienced. There is now a plethora of human data showing that human exposures to production model ECDs do not yield findings of cardiac abnormality, as measured by serum biomarkers, electrocardiograms, and echocardiography (see references below).

It is significant that SS was noted to continue breathing after the final ECD application and that the noted cardiac arrest rhythm was asystole when evaluated by paramedic personnel very shortly after noting his distress.  These facts do not support the ECD contributing to his death. It is also notable that a pulse was palpated by officers at the scene following the altercation.  While sufficiently strong delivered electricity to the heart can lead to some pulsatile arrhythmias, it is understood in medicine that if an electrical current causes death by electrocution, it does so by inducing 1 of 2 very specific

rhythms known as ventricular fibrillation (VF) or asystole.[21] Since asystole is only expected after massive electrical current exposures (such as a lightning strike), it is not what we expect as a result of applied electricity of small magnitude as in this case. VF would be the expected result from an ECD application and this would not result in a palpable pulse or continued respiratory activity as occurred in this case. Therefore, there is no support for the ECD causing a situation of cardiac arrest in this case. Additionally, death by electrocution is generally known to be relatively instantaneous. Electricity is not stored up in the body and somehow released at some later time causing a cardiac arrest. The fact that SS exhibited signs of life after the final ECD application and that he continued to breathe and have a pulse do not support a causal connection. His death as described is, however, quite consistent with those that are due to extreme acidosis and catecholamine surge states induced by delirious and continued resistive behavior.[22] This mechanism of death is very likely in this case and is also complicated by the hypertensive disease, left ventricular hypertrophy and coronary artery disease found at autopsy. The occurrence of these states and pre-existing conditions were totally independent of the application of an ECD.

From a human physiologic standpoint, there is no direct harm that has been found to be associated with the delivered electrical charge of an ECD exposure. There have been several human studies looking at many factors of cellular physiology associated with ECD exposure and no dangerous short or long-term findings have been apparent.[23][24][25][26][27][28][29][30][31][32][33][34][35] Some of these studies were conducted with discrete 5-second exposures and some were conducted with exposure times that were even longer. Some

17

were also conducted in states of physiologic acidosis and catecholamine surge as well as utilizing ECD exposure locations that would be considered by experts to be more concerning than the location that SS received his exposure. This is significant because even when exposed in these areas, no deleterious effect was found. The above studies have been conducted in corporately sponsored research as well as independent and government funded research groups and the findings have been similar and consistent. Most notably, there has been no study with significant inconsistencies. Furthermore, the studies from Ho et al have utilized human subjects so there is the high likelihood of better correlation between this type of modeling than studies where animal models have been utilized. This point has been acknowledged by animal researchers in this field.[36]

With regard to pertinent animal model research, it is relevant to discuss this for the sake of thoroughness and to be fair.  There have been studies using animal models (particularly swine) that have demonstrated concerning results and have led to cautious conclusions.[37][38][39]  It is important to recognize this animal research for what it is. Animal models allow researchers to examine questions that ethically or realistically could not be done utilizing human models.  Additionally, animal research is valued in science as it often points the scientific investigatory process in certain directions.  However, there are restrictions to this type of research when examining ECDs that need to be understood. First, ECDs are designed to be used on humans.  In the case of SS, the ECD application was made to a human.  Second, the animal research realm introduces a fair amount of artificiality to the research process.  For example, due to requirements of humaneness, animal research of this type can usually only be done on animals that are under general

18

anesthesia.   In this condition, animals do not breathe without the assistance of life-support ventilator machinery.  In the animal ECD studies cited, during ECD exposure, the animal was taken off of the ventilator or the ventilator was stopped during ECD exposure.  One of the results of this was that the animals did not receive life-support breathing while they were in a state that required it.  Another result was that ECD applications could cause fatal heart rhythms in some of the animals under certain conditions.  These results have received much discussion by others since it is believed that this was the first indication that ECD exposure prevented breathing and caused the heart to stop.  This was touted as an induced suffocation or cardiac arrest mechanism by which ECDs were causing SD events. Subsequent human studies by Ho, et al (as referenced above) have disproven this. These are good examples of how animal research can lead to inaccurate conclusions when attempting to extrapolate animal study findings to human application. Additional concerns about using animal studies to form conclusions for human application include the weight discrepancy between the animals used and the typical human exposed to an ECD as well as anatomic differences and artificial anatomic manipulations of the animals.[40]  Some authors of animal studies are aware of these limitations and have written in the literature about their concerns in order to caution others from drawing conclusions that are too far-reaching from their work.[41]

The finding that humans uniformly have an increase in minute ventilation during ECD exposure is significant.[24] In ARDs such as this case involving SS, there are often allegations of breathing restriction made. This is of concern because in addition to the obvious mechanism of suffocation, restriction of breathing could be harmful if the person

is in an exhausted physiologic state. In an exhausted condition, build-up of metabolic waste products (known as acidosis) requires that a person be able to increase their ventilatory status as a way to compensate for this. In doing so, it allows the waste product of carbon dioxide to be expired at a greater rate than normal and this allows their acidotic physiologic state to be buffered. That ECD exposure allows this respiratory compensation to occur makes this a very reasonable and logical tool to be used in situations such as this from a medical safety standpoint.

Additionally, when examining states of acidosis or catecholamine surge, it is believed that in states of extreme acidosis or extreme catecholamine surge a person is at elevated risk of cardiovascular collapse and subsequent death most likely from an arrhythmic event. ECD research referenced above indicates that when ECDs are applied to humans in acidotic states, the ECD does not create a situation of acidosis any differently than continued exertion. This data demonstrates very well that the application of an ECD in a human with this physiologic state uniformly does not worsen the acidosis condition that is already present. Furthermore, emerging research in this area indicates that the ECD is among the safest method of controlling persons from an acidosis and catecholamine surge perspective.[42][43] In fact, this research also indicates that volitional actions by the out of control subject are the most physiologically detrimental and lead to harmful conditions in very short periods of time. In the case of SS, this research supports that his own actions of continued agitation and resistance were the most harmful to himself. This is especially true when coupled with his underlying diseases and his election to abuse an illicit drug

that has been associated with worsening acidosis/catecholamine surge states.[44]   This behavior markedly worsens acidosis whereas ECD application does not.

In my opinion, the metabolic acidosis that was present in SS around the time of his collapse is significant. By definition, metabolic acidosis is a condition that is physiologically present whenever there is significant exertion being performed. SS was most certainly in this state of physiology at the time of his collapse based on the account of his behavior in the motel room.  This was worsened as he volitionally continued to resist against and struggled with the officers called to control the situation. This feature of agitation, resistance and struggling has been correlated with SD in the past.[22] I have been able to induce profound metabolic acidosis in humans in the lab with as little as 45 seconds of exertion whereas SS exerted himself for many minutes during this event. SS's notable resistive behavior demonstrated a person with an elevated metabolic demand that was significant and defined his condition of metabolic acidosis. This condition is also known to be an associated risk for a SD event that is independent of the application of an ECD application.

From a common sense standpoint, there is compelling evidence (in terms of sheer numbers of exposures) that an ECD exposure does not constitute a dangerous situation. This is based on the simple numbers of exposures on record with the TASER ECD manufacturer. As of April 30, 2010, the manufacturer recognizes over 1,064,106 ±7% volunteer human ECD exposures.[45] There have been no complaints of death following these exposures. This is significant if taken in the context of how a medical device or

therapeutic drug would be ascertained to be safe to use on the general public in this country.  In order to deem a medical device or therapeutic drug to be safe for public use, it must pass a series of human clinical testing trials.  These trials typically amount to less than a few thousand subjects without demonstrating harm.  TASER ECDs have well surpassed this mark in terms of numbers with no reported consistent, associative complaints.

While there is not a clear existence of association between ECD use and SD, there is a clear existence of association between a certain profile of person at risk for SD events. This has been demonstrated in several research studies and texts and SS is represented by this profile in several ways including gender, body mass index, underlying cardiac disease with extreme exertion/agitation preceding sudden collapse.[46 47 48]  In this case, SS had a pre-disposing, underlying health condition (left ventricular hypertrophy, hypertension and coronary artery disease). In addition, SS had the very significant factor of PCP in his system that has been previously discussed. I agree with the medical examiner's opinion on this in the autopsy report that discusses the PCP level and that this level alone has been associated with lethality. When coupled with the significant exertional stress SS elected to participate in with the police, he alone placed himself at high risk for sudden cardiac death due to cardiac arrhythmia. All of these conditions were present in SS at his time of collapse and are independent of ECD application. To assign blame to the ECD in this situation is an over-simplification of the totality of SS's history, condition and lifestyle choices. It fails to address the other factors of importance such as prior health history, drug abuse and volitional resistance.

Additionally, it is important to note that situations of having to control bizarre, agitated and violent persons with an ECD are not without risk. These situations, by definition, are always going to involve a high risk for significant injury or death to the subject, the law enforcement officers, or both regardless of tools or tactics used. It is unreasonable to have law enforcement authorities solve this very volatile situation with the expectation of zero risk to the parties involved. This concept should not be underestimated and the inherent risk in this does not stem from the ECD as a tool. It stems from the volitional actions (such as actively resisting and being violent), as well as the underlying health and condition of the person (such as having heart disease or using PCP). When considering alternative means of control that are available (such as manual force, impact weapons or a firearm) the ECD has a risk:benefit ratio that would appear to be acceptable given the nature of the situation and the results of human study in this subject area.

It is my opinion that SS was in a state of Excited Delirium, metabolic acidosis and catecholamine surge at the time of his death and this was a direct cause of his death. It is also my opinion that SS was at significant risk for a terminal arrhythmic event brought about by the stress of his elective physical resistance and from his underlying coronary artery disease and PCP intoxication. Additionally, the PCP level found in his system at autopsy all by itself was likely to be lethal, absent any of the other factors. SS represents a person with multiple factors associated with SD (male gender, obese body mass index, underlying coronary artery disease, lethal PCP level present, exertional and resistive behavior) and all of these are completely independent of the application of an ECD.

23

**Conclusions**

Based on the available ECD human research, supported by years of consistent electrically induced human physiological effects research, and my review of the totality of the documentation listed above, as well as my professional education, experience and background, it is my opinion, to a reasonable degree of medical certainty or probability, that the use of the TASER ECD did not cause or contribute to SS's death.

It is also my opinion that SS's pre-existing coronary artery disease, hypertension, left ventricular hypertrophy, lethal level of PCP, and his resistive non-compliance contributed to his death by placing him at an elevated risk for a sudden arrhythmic event during his excited delirium state. SS's elective decision to abuse PCP and attempt to resist the police officers contributed to putting him at significantly elevated risk for a subsequent profound metabolic acidosis, catecholamine surge and fatal cardiac arrhythmia.

[1] Dept. of Health and Human Services, National Institute of Health Body Mass Index Calculator. Accessed on 5-8-10 at http://www.nhlbisupport.com/bmi/

[2] Deposition of Sgt McLaren, p. 91.

[3] Report of Ofc Chickayasu.

[4] Statement by witness Howard.

[5] Report of Sgt McLaren and Deposition of Sgt McLaren, p. 110.

[6] Report of Sgt Woodall and Deposition of Sgt Woodall, pp. 83-84.

[7] Deposition of Ofc Smith, p. 63.

[8] Autopsy Report.

[9] Download data from ECD unit X00-208914.

[10] Bell, L. On a form of disease resembling some advanced stages of mania and fever, but so contradistinguished from any ordinary observed or described combination of symptoms as to render it probable that it may be overlooked and hitherto unrecorded malady. *American Journal of Insanity*, 1849;6:97-127.

[11] Spirito P and BJ Maron. Relation between extent of left ventricular hypertrophy and occurrence of sudden cardiac death in hypertrophic cardiomyopathy. *J Am Coll Cardiol*, 1990;15:1521-1526.

[12] Maron BJ. Hypertrophic cardiomyopathy: a systematic review. *JAMA*, 2002;287:1308-1320.

[13] Pestaner JP and PE Southall. Sudden death during arrest and phencyclidine intoxication. *Am J Forensic Med Pathol*, 2003;24:119-122.

[14] Mehta D, Curwin J, Gomes A and V Fuster. Sudden death in coronary artery disease. *Circulation*, 1997;96:3215-3223.

[15] Mitka M. Some men who take Viagra die – why? *JAMA*, 2000;283:590-593.

[16] Di Maio TG and VJM Di Maio. Excited delirium syndrome cause of death and prevention. 1st ed. Boca Raton, Florida: Taylor & Francis Group, 2006.

[17] Rudolph RD. The post hoc ergo propter hoc fallacy in medicine. *Can Med Assoc J*, 1938;38:281-284.

[18] Farnham FR and HG Kennedy. Acute excited states and sudden death: much journalism, little evidence. *Br Med J*, 1997;315:1107-8.

[19] USA Today. "Tasers pack potent but brief punch of electricity." June 3, 2005; Front page headline.

[20] 2005 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care: Part 5: Electrical Therapies: Automated External Defibrillators, Defibrillation, Cardioversion, and Pacing.

[21] Carleton SC. Cardiac problems associated with electrical inury. *Cardiol Clin*, 1995;13:263-266.

[22] Hick JL, SW Smith and MT Lynch. Metabolic acidosis in restraint-associated cardiac arrest: a case series. *Acad Emerg Med*, 1999;6:239-43.

[23] Ho JD, et al. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med*, 2006;13:589-595.

[24] Ho JD, Dawes DM, Bultman LL, et al. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med*, 2007;14:197-201.

[25] Ho J, Lapine A, Joing S, Reardon R and D Dawes. Confirmation of respiration during trapezial conducted weapon application. *Acad Emerg Med*, 2008;15:398.

[26] Moscati R, Ho JD, Dawes DM and JR Miner. Physiologic effects of prolonged conducted electrical weapon discharge in ethanol-intoxicated adults. *Am J Emerg Med*, Article in Press, 2009: doi:10.1016/j.ajem.2009.02.010

[27] Dawes DM, Ho JD, Johnson MA, Lundin E, Janchar TA and JR Miner. 15-second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. *Forensic Sci Int*, 2008;176:253-257.

[28] Ho JD, Dawes DM, Cole JB, Hottinger JC, Overton KG and JR Miner. Lactate and pH evaluation in exhausted humans with prolonged TASER X26 exposure or continued exertion. *Forensic Sci Int*, 2009;190:80-86.

[29] Ho JD, Dawes DM, Bultman LL, Moscati RM, Janchar TA and JR Miner. Prolonged TASER use on exhausted humans does not worsen markers of acidosis. *Am J Emerg Med*, 2009;27:413-418.

[30] Ho JD, Dawes DM, Heegaard WG, Calkins HG, Moscati RM and JR Miner. Absence of electrocardiographic change after prolonged application of a conducted electrical weapon in physically exhausted adults. *J Emerg Med*, Article in Press, 2009: doi:10.1016/j.jemermed.2009.03.023

[31] Dawes DM, Ho JD, Reardon RF, Sweeney JD and JR Miner. The physiologic effects of multiple simultaneous electronic control device discharges. *West J Emerg Med*, 2010;XI:49-56.

[32] Dawes DM, Ho JD, Reardon, RF and JR Miner. Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers. *Am J Emerg Med*, 2010;28:49-55.

[33] Vilke G, Sloane C, Bouton K, et al. Cardiovascular and metabolic effects of the TASER on human subjects. *Acad Emerg Med*, 2007;14(supplement 1):S104-S105.

[34] Ho JD, Dawes DM, Reardon RF, et al. Echocardiographic evaluation of a TASER X26 application in the ideal human cardiac axis. *Acad Emerg Med*, 2008;15:838-844.

[35] Levine SD, Sloane CM, Chan TC, et al. Cardiac monitoring of human subjects exposed to the TASER. *Am J Emerg Med*, 2007;33:113-117.

[36] Deposition of Dr. John Webster, 2-5-09, p.136-137. Case: Terry Graff, et al v. TASER International, et al; Case #: CV2005-0123838, Superior Court of AZ, County of Maricopa.


[37] Jauchem JR, Sherry CJ, Fines DA and MC Cook. Acidosis, lactate, eletrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER exposures. *Forensic Sci Int*, 2006;161:20-30.

[38] Dennis AJ, Valentino DJ, Walter RJ, et al. Acute effects of TASER X26 discharges in a swine model. *J Trauma*, 2007;63:581-590.

[39] Walter RJ, Dennis AJ, Valentino DJ, et al. TASER X26 discharges in swine produce potentially fatal ventricular arrhythmias. *Acad Emerg Med*, 2008;15:66-73.

[40] Wu JY, Sun H, O'Rourke AP, et al. TASER dart-to-heart distance that causes ventricular fibrillation in pigs. Accessed November 30, 2007 at: http://www.engr.wisc.edu/bme/faculty/webster_jhon/EB2006Final.pdf

[41] Jauchem J. Re: Acidosis, lactate, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER exposures [reply to letter to the editor]. *Forensic Sci Int*, 2007.

[42] Ho JD, Dawes DM, Nelson RS, Lundin EJ, Ryan FJ, Overton KG, Zeiders AJ and JR Miner. Human acidosis and catecholamine evaluation following simulated law enforcement "use of force" encounters. *Acad Emerg Med*, 2010, In Press.

[43] Dawes D, Ho J and J Miner. The neuroendocrine effects of the TASER X26: a brief report. *Forensic Sci Int*, 2009;183:14-19.

[44] Phencyclidine: An Update (National Institute on Drug Abuse Research Monograph Series). DH Clouet (ed.), Dept. of Health and Human Services, United States Public Health Service, 1986. Accessed on May 10, 2010 at: http://archives.drugabuse.gov/pdf/monographs/64.pdf

[45] Personal Communication with TASER International representative Steve Tuttle, May 12, 2010.

[46] Ho JD, Heegaard WG, Dawes DM, Natarajan S, Reardon RF and JR Miner. Unexpected Arrest-Related Deaths in America: 12 Months of Open Source Surveillance. *West J Emerg Med*, 2009;X:68-73.

[47] Stratton SJ, Rogers C, Brickett K, and G Gruzinski. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med*, 2001;21:187-191.

[48] <u>Forensic Science and Medicine: Sudden Deaths in Custody</u>. DL Ross and TC Chan (eds.), Totowa, New Jersey, Humana Press, 2006.

Department of Emergency Medicine    612-873-4904
Hennepin County Medical Center    hoxxx010@umn.edu
701 Park Avenue South
Minneapolis, MN    55415

# Jeffrey D. Ho, M.D., FACEP, FAAEM

## EDUCATION:

**DEGREE - Associate of Science (Criminal Justice/Law Enforcement)**
Inver Hills Community College
Inver Grove Heights, Minnesota
March, 2005

**FELLOWSHIP – Emergency Medical Services/Prehospital Care**
Hennepin County Medical Center
Minneapolis, Minnesota
July, 1995 – June, 1996

**RESIDENCY – Emergency Medicine**
Hennepin County Medical Center
Minneapolis, Minnesota
May, 1992 – June, 1995

**DEGREE – Doctor of Medicine**
Loma Linda University School of Medicine
Loma Linda, California
August, 1988 – May 1992

**DEGREE – Bachelor of Science (Biology/Zoology)**
Loma Linda University College of Arts and Sciences
Riverside, California
September, 1984 – June, 1988

## HONORS and AWARDS:

**November, 2007-2009 – Pistol Expert Award**
Meeker County Sheriff's Office, Litchfield, Minnesota
*Awarded for mastery and marksmanship during firearm qualification.

**September, 2008 – Sheriff's Office Achievement Award**
Meeker Count Sheriff's Office, Litchfield, Minnesota
*Awarded annually for commitment to duty, demonstrated professionalism and overall leadership abilities with the Meeker County Sheriff's Office and the community. This award included a lifesaving action while on-duty.

**January, 2008 – Rescue Service Award**
Minneapolis Police Department, Minneapolis, Minnesota
*Awarded for scene rescue effort provided during the Interstate 35W bridge collapse.

1

*HONORS and AWARDS* (continued):

**January, 2007 – Top Doctor Award in Emergency Medicine**
11th Annual MPLS/St. Paul Magazine, Minneapolis, Minnesota
*Presented annually to Twin City physicians upon receiving top nomination by their peers.

**September, 2006 – Mark Rathke, MD Lecture Award**
21st Annual MN EMS Medical Director Conference, Alexandria, Minnesota
*Presented annually to a distinguished lecturer in the area of local EMS in honor of a previous EMS physician who served the profession with dedication.

**April, 2005 – Outstanding Accelerated Program Student Award**
Inver Hills Community College, Inver Grove Heights, Minnesota
*Awarded by the college faculty in recognition of outstanding academic achievements in the accelerated law enforcement training program.

**May, 2003 – Archibald Bush Foundation Medical Fellowship**
Archibald Bush Foundation, St. Paul, Minnesota
*Competitively awarded as a career enhancement grant to allow me to pursue cross-training in law enforcement.

**June, 2002 – Ernest Ruiz Teaching Award**
Hennepin County Medical Center, Minneapolis, Minnesota
*Awarded by the senior residents in Emergency Medicine in recognition of outstanding teaching contributions within the residency training program.

**May, 2002 – Chief's Award of Merit**
Police Department, Minneapolis, Minnesota
*Awarded in recognition of outstanding leadership provided to the tactical paramedic program of the Emergency Response Unit.

**December, 2001 – Service Award**
Police Department, Minneapolis, Minnesota
*Awarded in recognition of service to the Emergency Response Unit.

**January, 2000 – Meritorious Service Award**
Fire Department, Minneapolis, Minnesota
*Awarded in recognition of meritorious and heroic service during the extrication and rescue of an accident victim resulting in the saving of a human life.

**November, 1999 – Fellow of the American College of Emergency Physicians**
ACEP Annual Meeting, Las Vegas, Nevada
*Fellow status is granted only after meeting stringent training, teaching and certification standards.

**July, 1997 – Best Oral Presentation of Original Research Award**
National Association of EMS Physicians Annual Meeting, Lake Tahoe, Nevada
*Awarded for presentation of a research project conducted during fellowship.

**May, 1997 – Award of Recognition**
Dakota County Technical School, Dakota County, Minnesota
*Awarded for providing mentorship in emergency medicine to high school students considering health care careers.

*HONORS and AWARDS* (continued):

**June, 1995 – James Andersen Scholarship Award**
Hennepin County Medical Center, Minneapolis, Minnesota
*Annually awarded to a single senior resident who demonstrates excellence in
leadership and clinical abilities in emergency medicine.

**March, 1995 – University of Minnesota School of Medicine Resident Physician
Distinguished Teaching Award Nominee**
University of Minnesota School of Medicine, Minneapolis, Minnesota
*Nominated by the University of Minnesota senior medical students for excellence in
academic and clinical teaching.

**June, 1994 – Emergency Medicine Chief Resident**
Hennepin County Medical Center, Minneapolis, Minnesota
*Selected by my colleagues to maintain and promote intra and interdepartmental
leadership, rapport and education through a wide variety of administrative
responsibilities.

**February, 1993 – Resident Association Representative Elect**
Hennepin County Medical Center, Minneapolis, Minnesota
*Elected by my peers to serve a 2 year term to represent my residency at the national
level to the Emergency Medicine Residents Association of the American College of
Emergency Physicians.

**May, 1991 – California Medical Association Student Representative Elect**
Loma Linda University School of Medicine, Loma Linda, California
*Elected by a state planning agency to serve on the Association's Committee for
Emergency and Disaster Preparedness.

**March, 1989 – CIBA/GEIGY Award**
Loma Linda University School of Medicine, Loma Linda, California
*Awarded annually to a medical student for outstanding community service in medical
related projects.

**May, 1988 – Cum Laude Graduate**
Loma Linda University College of Arts and Sciences, Riverside, California

**May, 1985 through May, 1988 – Dean's List of Academic Achievement**
Loma Linda University College of Arts and Sciences, Riverside, California

**January, 1988 – Carnation Corporation Scholarship**
Loma Linda University College of Arts and Sciences, Riverside, California
*For providing community service while maintaining standards of academic
excellence.

**January, 1986 – Howard O. Welty Scholarship**
Loma Linda University College of Arts and Sciences, Riverside, California
*For achieving standards of academic excellence.

**April, 1984 – Loma Linda University Academic Scholarship**
Orangewood Adventist Academy, Garden Grove, California
*For academic excellence prior to entering undergraduate study.

*ACADEMIC APPOINTMENTS:*

**June, 2007 through Present – Associate Professor of Emergency Medicine**

3

University of Minnesota School of Medicine
Twin Cities Campus, Minneapolis, Minnesota

**July, 1996 through May, 2007 – Assistant Professor of Emergency Medicine**
University of Minnesota School of Medicine
Twin Cities Campus, Minneapolis, Minnesota

## *CLINICAL EXPERIENCE:*

**July, 1996 through Present – Attending Faculty, Emergency Medicine**
Hennepin County Medical Center (Level 1 Trauma Center)
Hennepin Faculty Associates, Minneapolis, Minnesota

**June, 1996 through June, 1998 – Courtesy Staff Physician, Emergency Medicine**
Ridgeview Medical Center, Waconia, Minnesota

**November, 1993 through June, 1997 – Courtesy Staff Physician, Emergency Medicine**
District Memorial Hospital, Forest Lake, Minnesota
United Hospital, St. Paul, Minnesota
Northfield Hospital, Northfield, Minnesota
Emergency Practice Associates, Faribault and Hibbing, Minnesota

## *MEDICAL DIRECTOR EXPERIENCE:*

**November, 2009 through Present – Medical Director**
Meeker County Sheriff's Office, Minnesota
*Direct a law enforcement based EMS program of 60 personnel.

**July, 2009 through Present – Medical Director**
TEMPO™ Course (Tactical Emergency Medical Peace Officer Course)
Minneapolis, Minnesota
*Direct a program of EMS instruction specific to law enforcement personnel.

**October, 2006 through July, 2007 – Expert Medical Consultant**
City of Oakland, California
*Provide a comprehensive report on the human effects of conducted electrical weapons
for the city administration as they move to implement these devices into their police
department.

**April, 2006 through 2009 – Medical Director**
Fire Department, St. Louis Park, Minnesota
*Direct a fire-service based EMS program of 30 personnel.

**March, 2006 through Present – Deputy Medical Director**
Minnesota Task Force-1 Urban Search and Rescue Team, Minneapolis, Minnesota
*Provide leadership, operational ability and expert medical advice for a statewide
specialized rescue team.

*MEDICAL DIRECTOR EXPERIENCE* (continued):

**June, 2009 through Present – Medical Director**
**August, 2004 through Present – Expert Medical Consultant**
TASER International, Scottsdale, Arizona
*Provide medical direction, research expertise and expert medical advice for a company that manufactures conducted electrical weapons for law enforcement, military and civilian application.

**January, 2003 through Decmber, 2003 – Medical Director**
Medevac, Inc., Minneapolis, Minnesota
*Provide medical oversight, treatment protocols, standing orders, equipment and product evaluation for a company that provides basic life support instruction, automatic external defibrillator equipment and training and limited event emergency medical services.

**September, 2002 through November, 2003 – Chief Medical Officer**
MN-1 Disaster Medical Assistance Team, Minneapolis, Minnesota
*Direct and participate on a team of medical personnel tasked for deployment by the Federal Office of Emergency Preparedness to national needs for emergency medical aid.

**September, 1997 through May, 2001 – Medical Director & Tactical Physician**
Police Department Emergency Response Unit, Minneapolis, Minnesota
*Direct and participate on a team of 10 medical personnel assigned to the SWAT team.

**July, 1998 through Present – Director of EMS Fellowship Program**
Hennepin County Medical Center, Minneapolis, Minnesota

**May, 1997 through Present – Medical Director of Public Safety/Paramedic Services**

Fire Department, Edina, Minnesota
*Direct a fire-service based paramedic program of 25 personnel.

**July, 1996 through Present – Associate Medical Director of Paramedic Services**
Hennepin County Ambulance Service, Minneapolis, Minnesota
*Assist with the direction of an urban, third-service based paramedic program of 110 personnel.

**July, 1996 through Present – Director of Resident EMS Education**
Hennepin County Medical Center, Minneapolis, Minnesota

**July, 1996 through Present – Medical Director of Spectator Services**
Hubert H. Humphrey Metrodome, Minneapolis, Minnesota
*Direct a stadium first-responder team of 60 personnel.

**July, 1996 through July, 1998 – Medical Director of Spectator Services**
Minneapolis Children's Grand Prix, Minneapolis, Minnesota
*Directed a fully enclosed race track based first-responder team of 20 personnel.

*OTHER EXPERIENCE:*

**December, 2006 through Present – Deputy Sheriff**
Meeker County Sheriff's Office, Meeker County, Minnesota
*Responsible for providing law enforcement services and protection of life and property
to the surrounding community.

**January, 2006 through December, 2006 – Police Officer**
Dassel Police Department, Dassel, Minnesota
*Responsible for providing law enforcement services and protection of life and property
to the surrounding community.

**October, 2005 through Present – Examiner**
American Board of Emergency Medicine, Lansing, Michigan
*Responsible for administering the oral examination to candidates pursuing board
certification in emergency medicine.

**July, 2005 through January, 2007 – Police Officer**
Buffalo Lake Police Department, Buffalo Lake, Minnesota
*Responsible for providing law enforcement services and protection of life and property
to the surrounding community.

**May, 1989 through June, 1990 – Clinic Director**
Social Action Corps Clinic, Rialto, California
*Responsible for directing the efficient operation of a student-run medical clinic which
provided low cost health care to an indigent population.

**February, 1986 through May, 1988 – Fire Apparatus Engineer**
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding
community.

**November, 1984 through February 1986 – Firefighter**
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding
community.

**November, 1984 through May, 1988 – Firefighter**
Home Gardens Volunteer Rescue Squad, Home Gardens, California
*Provided emergency medical and rescue services to the surrounding community on a
volunteer basis.

6

*MILITARY EXPERIENCE:*

**June, 1992 through September, 1998 – Army National Guard, Minnesota**
Major, Medical Corps
434th Main Support Battalion and STARC Detachment 7
Cottage Grove and Minneapolis, Minnesota
Honorable Discharge

**May, 1989 through June, 1992 – Army National Guard, California**
Second Lieutenant, Medical Service Corps
143rd Evacuation Hospital
Los Alamitos, California
Honorable transfer to Minnesota

**Military Awards Earned:**
1. Army Reserve Component Achievement Award (1997)
2. Minnesota State Service Award (1997)
3. Army Award of Accomplishment (1996)
4. Army Service Award (1995)
5. National Defense Service Medal (1993)
6. Humanitarian Service Award (1989)
7. California Medal of Merit (1989)

*ACADEMIC REVIEW EXPERIENCE:*

2009-Current Prehospital Emergency Care (Invited Reviewer)
2009 Academic Emergency Medicine (Invited Commentator)
2008-Current EMS1.com (EMS Medical Director Reviewer of academic content)
2008-Current Academic Emergency Medicine (Invited Reviewer)
2007-2008 Southern Medical Journal (Invited Reviewer)
2007-Current American Journal of Emergency Medicine (Invited Reviewer)

*ACADEMIC TEXT EDITORSHIP:*

**Ho JD** and DW Dawes (eds). <u>Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis</u>. New York: Springer Science Media, 2010 In Press.

Kroll MW and **JD Ho** (eds). <u>TASER Electronic Control Devices: Physiology, Pathology, and Law</u>. New York: Springer Science Media, 2009.

*ACADEMIC TEXT CHAPTERS:*

**JD Ho**. "Electrocardiographic Effects of the CEW" (ch. 10). <u>TASER Conducted Electrical Weapons: Physiology, Pathology, and Law</u>. Ed. MW Kroll and JD Ho. New York: Springer Science Media, 2009.

**JD Ho**. "Serum and Skin Effects of CEW Application" (ch. 11). <u>TASER Conducted Electrical Weapons: Physiology, Pathology, and Law</u>. Ed. MW Kroll and JD Ho. New York: Springer Science Media, 2009.

Moscati R and **JD Ho**. "Alcohol and the CEW" (ch. 19). <u>TASER Conducted Electrical Weapons: Physiology, Pathology, and Law</u>. Ed. MW Kroll and JD Ho. New York: Springer Science Media, 2009.

Lindquist MD and **JD Ho**. "Safety and Scene Size-Up" (ch. 9), "Documentation and Communication" (ch. 17), and "Teamwork and Operational Interface"(ch. 52). <u>The Paramedic: A Comprehensive Textbook</u>. Ed. W Chapleau, A Burba, and P Pons. Dubuque: McGraw-Hill Higher Education, 2008.

*ACADEMIC TEXT CHAPTERS* (continued):

7

Ackermann B and **J Ho**. "Continuum of Force." (ch. 4) <u>Tactical Emergency Medicine</u>. Ed. R Schwartz, J McManus and R Swienton.  Lippincott, Williams and Wilkins, 2007.

*PUBLICATIONS:*

**Ho JD**, Dawes DM, Reardon RF, Strote SR, Kunz SN, Nelson RS, Lundin EJ, Orozco BS and JR Miner. Human cardiovascular effects of a new generation conducted electrical weapon. *Forensic Sci Int*, 2010; In Press.

Dawes DM, **Ho JD**, Reardon RF, Sweeney JD and JR Miner. The physiologic effects of multiple simultaneous electronic control device discharges. West J Emerg Med, 2010;11:49-56.

**Ho JD**, Dawes DM, Nelson RS, Lundin EJ, Ryan FJ, et al. Human acidosis and catecholamine evaluation following simulated enforcement of "use of force" encounters. *Acad Emerg Med*, 2010;In Press.

Moscati R, **Ho JD**, Dawes DM and JR Miner. Physiologic effects of prolonged conducted electrical weapon discharge in ethanol-intoxicated adults. *Am J Emerg Med*, 2010;In Press.

**Ho J**, Clinton J, Lappe M, Heegaard W, Williams M and J Miner. Introduction of the conducted electrical weapon into a hospital setting. *J Emerg Med*, 2010;In Press:doi:10.1016/j.jemermed.2009.09.031

**Ho J**. Best practices in TASER targeting. *POLICE*, 2010; January issue, 42-47.

**Ho J**, Dawes D, Cole J, Hottinger J, Overton K and J Miner. Corrigendum to "Lactate and pH evaluation in exhausted humans with prolonged TASER X26 exposure or continued exertion". *Forensic Sci Int*, 2010;195:169.

Bahr J, Lapine A and **J Ho**. The utility of point-of-care carbon monoximetry in fireground emergency medical services rehabilitation operations. *Prehosp Emerg Care*, 2010;14 (suppl 1):#98.

**Ho J**, Dawes D, Heegaard W, Calkins H, Moscati R and J Miner. Absence of electrocardiographic change following prolonged application of a conducted electrical weapon in physically exhausted adults. *J Emerg Med*, 2010;In Press.

Dawes D, **Ho J**, Kroll M and J Miner. Electrical characteristics of an electronic control device under a physiologic load: a brief report. *PACE*, 2010;In Press.

Dawes D, **Ho J**, Reardon R and J Miner. Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers. *Am J Emerg Med*, 2010;28:49-55.

**Ho J**, Dawes D, Heegaard W and J Miner. Human Research Review of the TASER Electronic Control Device. *Conf Proc IEEE Eng Med Biol Soc*, 2009;1:3181-3183.

**Ho J**, Dawes D, Lundin E and J Miner. Comparison of Acidosis Markers Associated with Law Enforcement Applications of Force. *Ann Emerg Med*, 2009;54:S40.

Lundin E, Dawes D, **Ho J**, Ryan F and J Miner. Catecholamines in Simulated Arrest Scenarios. *Ann Emerg Med*, 2009;54:S98-S99.

*PUBLICATIONS* (continued):

**Ho J**, Heegaard W, Dawes D and J Miner. Introduction of a Conducted Electrical Weapon in a Hospital Setting: The First 8 Months of Use. *J Emerg Med*, 2009;37:209.

Dawes D, **Ho J**, Reardon R and J Miner. The Physiologic Effects of Multiple Simultaneous Electronic Control Device Discharges. *J Emerg Med*, 2009;37:209-210.

Dawes D, **Ho J** and J Miner. The Neuro-Endocrine Effects of the TASER X26 Conducted Electrical Weapon. *J Emerg Med*, 2009;37:210.

**Ho J**, Dawes D, Cole J, Hottinger J, Overton K and J Miner. Lactate and pH Evaluation in Exhausted Humans with Prolonged TASER X26 Exposure or Continued Exertion. *Forensic Sci Int*, 2009;190:80-86.

**Ho J**. Can There Be Truth About TASERs? (Commentary) *Acad Emerg Med*, 2009:16:771-773.

**Ho J**, Dawes D, Cole J, Reardon R, Hottinger J, Terwey K and J Miner. Effect of a conducted electrical weapon exposure on a methamphetamine intoxicated animal model. *Acad Emerg Med*, 2009;16:S222.

**Ho J**, Dawes D, Bultman L, et al. Prolonged TASER use on exhausted humans does not worsen markers of acidosis. *Am J Emerg Med*, 2009;27:413-418.

**Ho J** and D Dawes. "Research Update on the TASER Electronic Control Device." 5th European Symposium on Non-Lethal Weapons. Fraunhofer Institut Chemische Technologie. Karlsruhe: DWS Werbeagentur und Verlag GmbH, 2009.

Heegaard W, Hildebrandt D, Reardon R, Plummer D, Clinton J and **J Ho**. Prehospital ultrasound diagnosis of traumatic pericardial effusion. *Acad Emerg Med*, 2009;16:364.

Heegaard W, **Ho J** and D Hildebrandt. The prehospital ultrasound study: Results of the first six months. *Prehosp Emerg Care*, 2009;13:139.

**Ho J**. Human Cardiorespiratory and acid/base effect of a civilian-conducted electrical weapon. *Prehosp Emerg Care*, 2009;13:94-95.

Dawes D, **Ho J**. Letter to the Editor, "Fortuitous therapeutic effect of TASER shock" misleading (On Richards #2008-267). *Ann Emerg Med*, 2009;53:286-287.

**Ho J**, Heegaard W, Dawes D, Natarajan S, Reardon R and J Miner. Unexpected arrest-related deaths in America: 12 months of open source surveillance. *West J Emerg Med*, 2009;X:68-73.

Dawes D, **Ho J** and J Miner. The neuroendocrine effects of the TASER X26: A brief report. *Forensic Sci Int*, 2009;183:14-19.

**Ho J**, Dawes D, Reardon R, et al. Echocardiographic evaluation of a TASER X26 application in the ideal human cardiac axis. *Acad Emerg Med*, 2008;15:838-844.

Hick J, **Ho J**, et al. Emergency medical services response to a major freeway bridge collapse. *Disaster Medicine and Public Health Preparedness*, 2008;2:S17-S24.

## PUBLICATIONS (continued):

Ho J, Miner J, Dawes, D, et al. Reply to Letter (Conflict of interest in research by A O'Brien). *Am J Emerg Med*, 2008;26:504-505.

**Ho J**, Dawes D. Weapon retention in the home. *Cop to Cop News* 2008;5(issue 2).

**Ho J**, Lapine A, Joing S, et al. Confirmation of respiration during trapezial conducted electrical weapon application. *Acad Emerg Med*, 2008;15:398.

**Ho J**, Dawes D. The TASER device and custodial death. *Cop to Cop News* 2008;5(issue 1).

**Ho J**. Rhetoric vs. Reality, The Medical Effect of TASERs (commentary). *Emerg Med News* 2008; 30:4, 6.

**Ho J**, Dawes D: Influenza Issues. *Cop to Cop News* 2007;4(issue 4).

**Ho J**, Hick J, Heegaard W. Physician Perspective of the 35W Bridge Collapse: A Tragedy to Learn From. *Metro Doctors* 2007; Nov/Dec:18-19.

Dawes D, **Ho J**, Johnson M, et al. 15-Second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. *Forensic Sci Int* 2008;176:253-257.

**Ho J**, Dawes D: The Diabetic Dilemma. *Cop to Cop News* 2007;4(issue 3).

**Ho J**. ARE TASERS Really Non-Lethal? *POLICE* 2007;31:32-38 and *New South Wales Police News* 2007;87:15-17.

**Ho J**, Dawes D, Johnson M, et al. Impact of Conducted Electrical Weapons in a Mentally Ill Population: A Brief Report. *Am J Emerg Med* 2007;25:780-785.

Dawes D, **Ho J**. Staph on the streets – Keeping infection free. *24/7 Cop to Cop News* 2007;4(issue 2):10.

**Ho J**, Johnson M, and D Dawes. "The state of current human research and electronic control devices." Nonlethal Weapons: Fulfilling the Promise? Fraunhofer Institut Chemische Technologie. Karlsruhe: DWS Werbeagentur und Verlag GmbH, 2007.

**Ho J**, Heegaard W and D Brunette. Successful transcutaneous pacing in 2 severely hypothermic patients. *Ann Emerg Med* 2007;49:678-681.

**Ho J**, Dawes D, Bultman L, et al. Respiratory effect of prolonged electrical weapon application on human volunteers. *Acad Emerg Med*, 2007;14:197-201.

**Ho J** and R Scharbach. Dispositifs Taser et effets physiologiques sur l'homme. *La Revue des SAMU* 2006; speciale Septembre:260.

**Ho J**. Are TASERS really non-lethal? *POLICE* 2007; 31:32-38.

**Ho J**. How to respond to excited delirium. *POLICE* 2007;31:28-30.

10

*PUBLICATIONS* (continued):

**Ho J**, Miner J, Lakireddy D, Bultman L and W Heegaard. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med* 2006;13:589-595.

**Ho J**. Some More Food for Thought on the Current TASER Device Literature. *American College of Emergency Physicians Tactical EMS Interest Group Newsletter* 2005; 3rd Quarter.

**Ho J**. Sudden In-Custody Death. *POLICE* August 2005; 29:46-56.

Martel M, Miner J, Fringer R, Sufka K, Miamen A, **Ho J**, et al: Discontinuation of Droperidol for the Control of Acutely Agitated Out-of-Hospital Patients. *Prehosp Emerg Care* 2005; 9:44-48.

Hick JL and **JD Ho**. [Case Report] Ketamine chemical restraint to facilitate rescue of a combative "jumper". *Preshosp Emerg Care* 2005;9:85-89.

**Ho J**. Last Night (reflections piece). *Acad Emerg Med* 2003; 10:1023.

**Ho J**, Lindquist M, Bultman L, Torstenson C. Apathy is not Welcome Here (editorial). *Prehosp Emerg Care* 2003; 7:414-416.

**Ho J**, Conterato M, Mahoney B, et al. [Case Report] Field Extremity Amputation with Subsequent Cardiac Arrest. *Prehosp Emerg Care* 2003; 7:149-153.

**Ho J**, Lindquist M. The Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment. *Prehosp Emerg Care* 2001; 5:159-162.

**Ho J**. Response vs. Transport Times (letter to ed.). *Emerg Med News* 2000; 22:38.

**Ho J**. Misplaced Tubes (letter to ed.). *Prehosp Emerg Care* 2000; 4:202.

**Ho J**. Tactical EMS Team Contributions. *Minneapolis Police Department After Action Report for International Society of Animal Geneticists Mass Gathering Incident*; July, 1999.

Reed D, Gough J, **Ho J**, et al. Prehospital Consideration of Sildenafil-Nitrate Interactions. *Prehosp Emerg Care* 1999; 3:306-309.

**Ho J**. Lights and Sirens or Silence? (commentary). *Emerg Med News* 1999; 21:2, 36 .

**Ho J**, Casey B. Emergency Warning Lights and Sirens (reply to letter). *Ann Emerg Med* 1999; 34:114-115.

**Ho J**, Casey B. The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid. *Ann Emerg Med* 1998; 32:585-588.

**Ho J**, Held T, Heegaard W, et al. Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System. *Prehosp Disaster Med* 1997; 12:284-287.

*PUBLICATIONS* (continued):

Green S, Rothrock S, **Ho J**, et al. Failure of Adjunctive Bicarbonate to Improve Outcome in Severe Pediatric Diabetic Ketoacidosis. *Ann Emerg Med* 1998; 31:41-48.

## GRANT EXPERIENCE:

**October, 2008, 2009, 2010 - $130,000.00**
Source: TASER International, Inc.
Project: Safety Testing of a 40 mm Conducted Electrical Weapon

**December, 2007 - $130,000.00**
Source: TASER International, Inc.
Project: Effect of TASER Device Exposure in Combination with Methamphetamine in a Swine Model.

**August, 2007 - $10,000.00**
Source: Twin Cities Metropolitan EMS Board
Project: Portable Carbon Monoximetry Utility in a Firefighting Rehabilitation Zone.

**May, 2003 - $56,000.00**
Source: Archibald Bush Foundation Medical Fellowship Grant
Project: Physician cross-training in law enforcement to provide emergency medical care in tactical, high-risk environments.

**January, 1998 - $75,000.00**
Source: American International Health Alliance
Project: The Effect of Introducing Automatic External Defibrillation Upon the Citizens of an Emerging Country (Republic of Moldova)

**December, 1997 - $7,500.00**
Source: Twin Cities Metropolitan EMS Board
Project: The Effect of Utilizing ALS "Jump Cars" Within a Two-Tiered EMS System

**October, 1995 - $4,000.00**
Source: Twin Cities Metropolitan 911 Board
Project: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid in and Urban Environment

## FORMAL PRESENTATIONS:

**March, 2010 – Western Regional Society for Academic Emergency Medicine Sonoma, California**
**J Ho**: Human Creatine Kinase Effect From Conducted Electrical Weapons
**J Ho**: Do Conducted Electrical Weapon Probes Carry Bacteria?
*Oral Presentations of original research

**January, 2010 – National Association of EMS Physicians Annual Meeting Phoenix, Arizona**
Bahr J, Lapine A and **J Ho**: The Utility of Point-of-Care Carbon Monoximetry in Fireground Emergency Medical Services Rehabilitation Operations.
*Poster presentation of original research

*FORMAL PRESENTATIONS* (continued):

September, 2009 – WINFOCUS International Ultrasound Meeting
Sydney, Australia
**Ho J**: Ultrasound Use in Conducted Electrical Weapon Research
*Poster presentation of original research

February, 2009 – American Academy of Forensic Science Annual Meeting
Denver, Colorado
**Ho J**: Conducted Electrical Weapons – A Review of the Medical Literature
*Oral presentation of a literature review

February, 2009 – American Academy of Forensic Science Annual Meeting
Denver, Colorado
**Ho J**: TASER Wound Progression in Two Deployment Modes
*Poster presentation of original research

January, 2009 - National Association of EMS Physicians Annual Meeting
Jacksonville, Florida
**Ho J**: Human Cardiorespiratory and Acid/Base Effect of a Civilian Conducted Electrical Weapon
*Oral presentation of original research
Heegaard W, Hildebrandt D and **J Ho**: The Prehospital Ultrasound Study:  Results of the First 6 months.
*Poster presentation of original research

January, 2009 – Caribbean Emergency Medicine Congress
Bridgetown, Barbados
**Ho J**: Introduction of the conducted electrical weapon in the hospital setting: 8 months of use
Dawes D and **J Ho**:  The Physiologic Effects of Multiple Simultaneous Electronic Control Device Discharges
Dawes D and **J Ho**: The neuro-endocrine effects of the TASER X26 conducted electrical weapon
*Poster presentations of original research

September, 2008 – European Society of Emergency Medicine
Munich, Germany
And
The National Association of Medical Examiners
Louisville, Kentucky
**Ho J**: Serum Biomarker Effect of Prolonged TASER® XREP Device Exposure
Dawes D and **J Ho**: The Effects of the eXtended Range Electronic Projectile (XREP) on Breathing
Dawes D and **J Ho**: Electrocardiographic evaluation of a long-range electronic control device (ECD) exposure in human volunteers
*Poster presentations of original research

July, 2008 – Australian College of Emergency Medicine
Newcastle, Australia
**Ho J**: Cardiac and Diaphragm Echo Evaluation During TASER Device Drive Stun
Dawes D and **J Ho**: 1) The Effects of the Extended Range Electronic Projectile (XREP) on Breathing; 2) The Effect of a Cross-Chest Electronic Control Device Exposure on Breathing; 3) Echocardiographic Determination of Cardiac Rhythm During Trans-Thoracic Wireless Conducted Electrical Weapon Exposure
*Poster presentations of original research

*FORMAL PRESENTATIONS* (continued):

May, 2008 – **Heart Rhythm Society Annual Meeting**
**San Francisco, California**
**And**
**June, 2008 – CARDIOSTIM**
**Nice, France**
**Ho J**: Echocardiographic Evaluation of Human Transcutaneous TASER$^®$ Application Along the Cardiac Axis
*Poster presentation of original research

January, 2008 – **National Association of EMS Physicians Annual Meeting**
**Phoenix, Arizona**
**And**
**June, 2008 – Canadian Association of Emergency Physicians Annual Meeting**
**Ottawa, Canada**
**Ho J**: Prolonged TASER$^®$ "Drive Stun" Exposure in Humans Does Not Cause Worrisome Biomarker Changes
*Poster presentation of original research

October, 2007 – **American College of Emergency Physicians Research Forum**
**Seattle, Washington**
**and**
**September, 2007 – Fourth Mediterranean Emergency Medicine Congress**
**Sorrento, Italy**
**Ho J**: Ultrasound Measurement of Cardiac Activity During Conducted Electrical Weapon Application in Exercising Adults.
*Poster presentation of original research

September, 2007 – **Fourth Mediterranean Emergency Medicine Congress**
**Sorrento, Italy**
**Ho J**: Absence of Electrocardiographic Change Following Prolonged Application of a Conducted Electrical Weapon in Physically Exhausted Adults.
*Poster presentation of original research

October, 2007 – **American College of Emergency Physicians Research Forum**
**Seattle, Washington**
**and**
**September, 2007 – Fourth Mediterranean Emergency Medicine Congress**
**Sorrento, Italy**
Dawes D, **Ho J**: Breathing Parameters, Venous Gases, and Chemistries with Exposure to a New Wireless Projectile Conducted Electrical Weapon.
*Poster presentation of original research

October, 2007 – **American College of Emergency Physicians Research Forum**
**Seattle, Washington**
**and**
**September, 2007 – Fourth Mediterranean Emergency Medicine Congress**
**Sorrento, Italy**
Dawes D, **Ho J**: The Neuroendocrine Effects of the TASER X26 Conducted Electrical Weapon as Compared to Oleoresin Capsicum.
*Poster presentation of original research

*FORMAL PRESENTATIONS* (continued):

October, 2007 – **American College of Emergency Physicians Research Forum**
**Seattle, Washington**
and
September, 2007 – **Fourth Mediterranean Emergency Medicine Congress**
**Sorrento, Italy**
Dawes D, **Ho J**: 15-Second Conducted Electrical Weapon Exposure Does Not Cause Core
Temperature Elevation in Non-Environmentally Stressed Resting Adults.
*Poster presentation of original research

September, 2007 – **Fourth Mediterranean Emergency Medicine Congress**
**Sorrento, Italy**
Dawes D, **Ho J**: 15-Second Conducted Electrical Weapon Application Does Not Impair
Basic Respiratory Parameters, Venous Blood Gases, or Blood Chemistries.
*Poster presentation of original research

May, 2007 – **Annual Meeting of the Society for Academic Emergency Medicine,**
**Chicago, Illinois**
**Ho J**, et al: Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on
Acidotic Adults
*Poster presentation of original research

May, 2007 – **Annual Meeting of the Society for Academic Emergency Medicine,**
**Chicago, Illinois**
**Ho J**, et al: Absence of Electrocardiographic Change Following Prolonged Application of
a Conducted Electrical Weapon in Physically Exhausted Adults
*Poster presentation of original research

May, 2007 – **Annual Meeting of the Society for Academic Emergency Medicine,**
**Chicago, Illinois**
Moscati R, **Ho J**, et al: Physiologic Effects of Prolonged Conducted Electrical Weapon
Discharge on Intoxicated Adults
*Poster presentation of original research

June, 2006 – **Annual Meeting of the National Alliance for the Mentally Ill**
**Washington, D.C.**
Dawes D, **Ho J**, et al: Beneficial Impact of Conducted Electrical Weapons in the Mentally
Ill Population
*Poster presentation of original research

June, 2006 – **CARDIOSTIM 2006 Annual Meeting of International Cardiac**
**Electrophysiologists**
**Nice, France**
**Ho J**, et al: Absence of Electrocardiographic Findings Following TASER Device
Application in Human Volunteers
*Poster presentation of original research

September, 2005 – **2005 Scientific Assembly of the American College of Emergency**
**Physicians**
**Washington, D.C.**
**Ho J**, et al: Deaths in Police Custody: An 8-Month Surveillance Study
*Poster presentation of original research

*FORMAL PRESENTATIONS* (continued):

September, 2005 – **Third Mediterranean Emergency Medicine Congress**
**Nice, France**
**Ho J**, et al: Deaths in American Police Custody: A 12-Month Surveillance Study
*Oral Presentation of original research

January, 2005 – **Annual Meeting of the National Association of EMS Physicians,**
**Naples, Florida**
Bultman L, **Ho J**, Page D: Safety Restraint Usage Patterns in an Urban EMS System
*Poster presentation of original research

January, 2005 – **Annual Meeting of the National Association of EMS Physicians,**
**Naples, Florida**
Bultman L, **Ho J**, Page D: Disposition of Undesignated patients in Urban Minnesota
*Poster presentation of original research

September, 2004 – **Minnesota Ambulance Medical Directors Annual Conference,**
**Alexandria, Minnesota**
Bultman L, **Ho J**, Page D: Preliminary Report on Undesignated Patient Disposition in
Urban Minnesota
*Oral presentation of original research

January, 2004 – **Annual Meeting of the National Association of EMS Physicians,**
**Tucson, Arizona**
Ansari R, **Ho J**: Hand Sanitization Rates in an Urban EMS System
*Oral presentation of original research,
*Awarded Best Oral Presentation of Original Research

January, 2001 – **Annual Meeting of the National Association of EMS Physicians,**
**Sanibel Island, Florida**
Black C, **Ho J**: 1 Paramedic vs. 2-How Often is a Second Paramedic Utilized in an Urban
EMS System?
*Poster presentation of original research

September, 1997 – **Minnesota Ambulance Medical Directors Annual Conference,**
**Alexandria, Minnesota**
**Ho J**: Preliminary Report on the Time Saved with the Use of Emergency Warning Lights
and Siren While Responding to Requests for Medical Aid in a Rural Environment.
*Oral presentation of original research

May, 1997 – **Annual Meeting of the Society for Academic Emergency Medicine,**
**Washington, D.C.**
**Ho J**: Time Saved with the Use of Emergency Warning Lights and Sirens While
Responding to Requests for Medical Aid.
*Poster presentation of original research

January, 1997 – **Mid-Year Scientific Meeting of the National Association of EMS**
**Physicians, Lake Tahoe, Nevada**
**Ho J**: Time Saved with the Use of Emergency Warning Lights and Sirens While
Responding to Requests for Medical Aid.
*Oral presentation of original research
*Awarded Best Oral Presentation of Original Research

*FORMAL PRESENTATIONS* (continued):

November, 1996 – **Twin Cities Metropolitan 911 Board, St. Paul, Minnesota**

**Ho J**: Final Report on the Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid in Minneapolis.
*Oral presentation of original research

**May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado**
**Ho J**: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System.
*Poster presentation of original research

**May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado**
**Ho J**: The Utility of the Routine Swimmers View Cervical Radiograph in Addition to the Cross Table Lateral Cervical Radiograph in Detecting Cervical Spine Injury in Critical Trauma Patients.
*Poster presentation of original research

**May, 1995 – Clinical-Pathologic Case Competition at the Annual Meeting of the Society for Academic Emergency Medicine, San Antonio, Texas**
**Ho J**: Cutaneous Actinomycosis
*Oral presentation of a case study

## *INVITED PRESENTATIONS:*

**February, 2010 – HCMC EMS Trauma Symposium**
**Ho J**: Arrest-Related Death and the EMS Provider
*Oral presentation of Arrest-Related Death causes, prevention and awareness

**February, 2010 – Douglas Amdahl Inn of Court**
**Minneapolis, MN**
**Ho J**: The Effect of Homeless Persons on the Healthcare System
*Invited panel member

**November, 2009 – MN Symposium on Terrorism and Emergency Preparedness**
**Brooklyn Park, Minnesota**
**Ho J**: TEMPO™ Tactical Emergency Medical Peace Officer Introduction
*Oral presentation of new instructional course and proof of concept

**October, 2009 – National Association of Internal Affairs Investigator Meeting**
**Gatlinburg, Tennessee**
**Ho J**: Arrest-Related Deaths Issues for Investigators
*Oral presentation of Arrest-Related Death causes, prevention and awareness

**July, 2009 – TASER International Tactical Conference**
**Scottsdale, Arizona**
**Ho J**: Human Research Update 2008-2009
*Oral presentation of research team accomplishments over a 12-month period

**June, 2009 – Waukesha County Custodial Death Conference**
**Pewaukee, Wisconsin**
**Ho J**: Sudden Death and the TASER Device
*Oral presentation of academic issues and research to local medical and law enforcement leadership

## *INVITED PRESENTATIONS* (continued):

**May, 2009 – 5th European Symposium on Non-Lethal Weapons**

Ettlingen, Germany
Ho J: The State of Current Human Research and Electronic Control Devices (ECDs)
*Oral presentation to European military and law enforcement leadership on the current research in this subject area

**May, 2009 - Greek Government Official Presentation**
**Athens, Greece**
Ho J: The TASER Device Human Research Update
*Oral presentation of current medical research involving TASER devices

**March, 2009 – Lafourche Parish Sudden Death Conference**
**Lafourche Parish, Louisiana**
Ho J: Arrest-Related Death
*Oral presentation of Arrest-Related Death causes, prevention and awareness.

**December, 2008 – Meeker County Sheriff's Office Prisoner Treatment Training**
**Litchfield, Minnesota**
Ho J: Custodial Arrest-Related Death Physiology for Law Enforcement
* Oral presentation of Custodial Death causes, prevention and awareness.

**October, 2008 – Association of Training Officers of Minnesota Fall Conference**
**Plymouth, Minnesota**
Ho J: Custodial Death Issues for Law Enforcement
*Oral presentation of Custodial Death causes, prevention and awareness.

**October, 2008 – LifeLink III Trauma Tactics Conference**
**Red Wing Minnesota**
Ho J: Custodial Death Issues for EMS Responders
*Oral presentation of Custodial Death causes, prevention and awareness.

**October, 2008 – Overland Park Public Safety Presentation**
**Overland Park, Kansas**
Ho J: Sudden Arrest Related Death and The TASER Device
*Oral presentation of sudden death current medical research involving TASER devices

**September, 2008 – Multijurisdictional Law Enforcement Authority Presentation (Germany, Austria, Switzerland)**
**Munich, Germany**
Ho J: The TASER Device Human Research Update
*Oral presentation of current medical research involving TASER devices

**July, 2008 – Australian Law Enforcement Official Presentation**
**Sydney, Australia**
Ho J: The TASER Device Human Research Update
*Oral presentation of current medical research involving TASER devices

**May, 2008 – Braidwood Commission**
**Vancouver, Canada**
Ho J: Testimony
*Oral presentation of sworn testimony on numerous research findings involving TASER devices

*INVITED PRESENTATIONS* (continued):
**May, 2008 – Bloomington Police Department Citizen Academy Night**
**Bloomington, Minnesota**
Ho J: TASER Devices – An Evening With The Experts

*Oral presentation of current medical research involving TASER devices

**April, 2008 – MN State Patrol Drug Recognition Evaluator School**
**White Bear Lake, Minnesota**
Ho J: Human Function and Physiology
*Oral presentation of core course content topic for law enforcement officials
**January, 2008 – Association of Training Officers of Minnesota Winter Conference**
**Minneapolis, Minnesota**
Ho J: Custodial Death Issues for Law Enforcement
*Oral presentation of Custodial Death causes, prevention and awareness.

**November, 2007 – 2nd Annual Conference of the Institute for the Prevention of In Custody Death**
**Las Vegas, Nevada**
Ho J: Human Research on Conducted Electrical Weapons
*Oral presentation of past, present and future human research involving electrical weaponry

**October, 2007 – German Military and National Police Scientific Annual Meeting**
**Berlin, Germany**
Ho J: Conducted Electrical Weapons: Update of Current Research
*Oral presentation to the German National military and police scientific community on current research in this subject area

**August, 2007 – Baltimore Medical Examiner's Office In-House Training**
**Baltimore, Maryland**
Ho J: The State of Current Human Research and Electronic Control Devices(ECDs)
*Oral presentation to forensic scientific community on the current research in this subject area

**June, 2007 – 29th Annual BioElectroMagnetic Society Meeting**
**Kanazawa, Japan**
Ho J: The State of Current Human Research and Electronic Control Devices(ECDs)
*Oral presentation to an international scientific community on the current research in this subject area

**May, 2007 – 4th European Symposium on Non-Lethal Weapons**
**Ettlingen, Germany**
Ho J: The State of Current Human Research and Electronic Control Devices(ECDs)
*Oral presentation to European military and law enforcement leadership on the current research in this subject area

**March, 2007 – City Council Task Force Meeting**
**Palo Alto, California**
Ho J: TASER Devices and Human Effects – What can research tell us?
*Oral testimony to city officials and the lay public of current research as they debate moving towards deployment of conducted electrical weapons in their city

*INVITED PRESENTATIONS* **(continued):**
**March, 2007 – MN Reserve Police Officer Association Annual Meeting**
**Brooklyn Park, Minnesota**
Ho J: Custodial Death and Intermediate Weapons
*Oral presentation to membership about the custodial death phenomenon

**January, 2007 – Minnesota Bureau of Criminal Apprehension**
**St. Paul, Minnesota**
Ho J: Medical Considerations in Sudden Custodial Death Investigations

*Oral presentation to state investigators about the custodial death phenomenon
**December, 2006 – An Garda Siochaina (Irish National Police Agency)**
**Dublin, Ireland**
**Ho J**: Conducted Electrical Weapon Research Update
*Oral presentation of pertinent safety research given to the police administration as they
move towards deployment of conducted electrical weapons in Ireland

**December, 2006 – Accident and Emergency Physicians Association of Ireland**
**Dublin, Ireland**
**Ho J**: Comprehensive Analysis of Custodial Death and Conducted Electrical Weapons
*Oral presentation of the custodial death phenomenon and how it relates to the
introduction of electrical weapons into society

**November, 2006 – Meeker County Sheriff's Office Use of Force Update**
**Litchfield, Minnesota**
**Ho J**: Electronic Control Device and Use of Force Physiology for Law Enforcement
*Oral Presentation of human response to electronic control device applications

**November, 2006 – 1st Annual Conference of the Institute for the Prevention of In
Custody Death**
**Las Vegas, Nevada**
**HoJ**: Human Research on Conducted Electrical Weapons
*Oral presentation of past, present and future human research involving electrical
weaponry.

**November, 2006 – Grand Rounds for the Faculte' de Medecine Rene Descartes Paris
5 School of Medicine**
**Paris, France**
**Ho J**: Conducted Electrical Weapon Controversies and Research
*Oral presentation of experience and research to prepare their providers for patient care
issues as France begins to deploy electrical weapons to their police forces.

**September, 2006 – 21st Annual MN EMS Medical Director Conference**
**Alexandria, Minnesota**
**Ho J**: Issues of In Custody Death for EMS Providers
*Oral presentation on the interface of EMS providers with the phenomenon of sudden,
unexpected death of persons in law enforcement custody.

**June, 2006 – US Department of Defense and National Institute of Justice Human
Electro-Muscular Incapacitation Device Conference**
**Quantico, Virgina**
**Ho J**: Conducted Electrical Weapon Human Research Update
*Oral presentation on the state of research involving electronic weapons and their effects
on human subjects.

*INVITED PRESENTATIONS* (continued):

May, 2006 – TASER International Domestic Tactical Conference
Las Vegas, Nevada
Ho J: TASER Device Medical Research Update
*Oral presentation of current medical research specifically involving TASER devices

2005-2007 – Minneapolis Police Crisis Intervention Tactics Training
Various locations within Minnesota
Ho J: Custodial Death in the Mentally Ill Population
*Oral presentation at a recurring training class sponsored by the Barbara Schneider Foundation to train law enforcement officers in specific tactics for dealing with mentally ill subjects.

February, 2010 – Michigan (Michigan State Police Academy)
June, 2009 – California (Fairfield Police Department)
April, 2009 – Minnesota (Bloomington Police Department)
March, 2009 – California (Los Angeles County Sheriff's Office)
April, 2008 – California (California Highway Patrol)
November, 2007 – Hawaii (Honolulu Police Department)
September, 2007 – Canada (Vancouver Police Department)
March, 2007 – Virginia (Prince William County Sheriff's Office)
December, 2006 – Canada (Toronto Police Department)
November, 2006 – California (Oakland Police Department)
October, 2006 – Illinois (Chicago Police Department)
August, 2006 – Colorado (Colorado Springs Police Department)
July, 2006 – Oregon (Portland Bureau of Police)
June, 2006 – Ohio ( Cleveland Police Department)
June, 2006 – Nice, France (CARDIOSTIM/French National Police)
March, 2006 – California (Santa Ana Police Department)
February, 2006 – California (San Diego County Sheriff's Office)
December, 2005 – Scottsdale, Arizona (TASER International)
October, 2005 – Scottsdale, Arizona (TASER International)
Ho J: Arrest Related Deaths, Excited Delirium and TASER Devices
*Recurring Lecture Series: TASER Police Executive Conference; Oral presentation of theories of In Custody Death based on history and medical literature addressing concerns of the roles that TASER devices play in this phenomenon

December, 2005 – NM Police Chief Association, Albuquerque, New Mexico
November, 2005 – Public Information Forum, Gary, Indiana
September, 2005 – International Association of Chiefs of Police, Miami, Florida
August, 2005 – Kansas Law Enforcement Conference, Topeka, Kansas
July, 2005 – Houston Area Public Safety Forum, Houston, Texas
June, 2005 – PRIMA Annual Meeting, Milwaukee, Wisconsin
June, 2005 – San Jose Police Management Meeting, San Jose, California
May, 2005 – National League of Cities Public Safety Council, Reno, Nevada
Ho J: In Custody Death Issues
*Oral presentation of medical literature, research data and experience

April, 2005 – TASER International Domestic Tactical Conference
Scottsdale, Arizona
Ho J: In Custody Death and Law Enforcement Considerations
*Oral presentation of medical literature, research data and experience

*INVITED PRESENTATIONS* (continued):

June, 2004 – Metro Atlanta Police Chiefs Association
Atlanta, Georgia
**Ho J**: Medical Considerations for In-Custody Deaths
*Oral presentation of medical literature and experience

December, 2002-present – Hopkins High School (ISD 270) Healthcare Career Class
Hopkins, Minnesota
**Ho J**: A Career in Emergency Medicine
*Oral presentation given annually to high school seniors considering careers in medicine

September, 2002 – Annual Meeting of the International Rescue Association
Bloomington, Minnesota
**Ho J**: Ballistic Considerations for Field EMS Personnel
*Oral presentation of continuing medical education

May, August, September and October, 2000 – Annual Meetings of the Hennepin
County Medical Center Trauma Team; Minnesota ACEP; Minnesota Ambulance
Medical Directors; and LifeLink III Prehospital Providers;  Bloomington, Brainerd,
Alexandria and Red Wing, Minnesota
**Ho J**: Rescue on Interstate 35
*Oral presentations of a case study

September, 1999 – EMS Personnel Instruction at Republican Trauma Hospital
Chisinau, Moldova
Heegaard W, **Ho J**: Automatic External Defibrillation
*Oral presentation of continuing medical education and research proposal

May, 1998 – Trauma Grand Rounds at Careggi Medical and Trauma Center,
Florence, Italy
**Ho J**: American Emergency Medical Services
*Oral Grand Rounds presentation

May, 1998 – Trauma Grand Rounds at Republican Trauma Hospital
Chisinau, Moldova
**Ho J**: Advances in Trauma Care
*Oral Grand Rounds presentation

January, 1998 – Minnesota Tactical EMS Conference
Minneapolis, Minnesota
**Ho J**: Firearm Injuries
*Oral presentation of continuing medical education

January, 1998 – Augsburg College Physician Assistant Training Program
Minneapolis, Minnesota
**Ho J**: An Introduction to Emergency Medical Services
*Oral presentation of continuing medical education

January, 1997 – Emergency Medicine Grand Rounds at Loma Linda University
Loma Linda, California
**Ho J**: Controversies in EMS
*Oral Grand Rounds presentation

*INVITED PRESENTATIONS* (continued):

February, 1996 – **Annual Meeting of the Arrowhead EMS Association**
Duluth, Minnesota
Ho J: Initial Patient Assessment – Everything You Need to Know
*Oral presentation of continuing medical education

August, 1995 – **The University of Costa Rica College of Medicine National**
**Symposium on Emergency Health Care**
San Jose, Costa Rica
Ho J: Advances in Cardiac Care and Emergency Management of HIV Patients
*Oral presentations of continuing medical education

*LOCAL ACADEMIC LECTURES:*

- **2008: Geriatric Trauma and Vulnerable Adults** – resident education
- **2007 to Present: Behavioral Emergencies** – paramedic student education
- **November, 2006: In-Custody Death Events** – paramedic education
- **2003 to Present: The Violent Patient** – resident education
- **2002 to Present: The Difficult Patient Encounter** – resident education
- **1996 to Present: Medical Student Introduction to the EMS System**
- **1996 to Present: Residency Update on the State of EMS**
- **September, 1995: Allergic Reactions** – paramedic education
- **April, 1995: Basic Head Trauma Management** – paramedic education
- **March, 1995: Emergency Cardiac Care Update** – paramedic education
- **March, 1995: Adrenal Emergencies** – paramedic education
- **October, 1994: Ophthalmologic Emergencies** – resident education
- **September, 1994: Fluid Resuscitation in Thermal Injuries** – resident education
- **May, 1994: Cardiopulmonary Emergencies** – paramedic education
- **October, 1993: Cocaine Related Chest Pain** – resident education
- **May, 1993: Rectal Foreign Bodies** – resident education
- **April, 1993: Acute Pancreatitis** – resident education

*COMMITTEE EXPERIENCE:*

<u>Chair</u>
- **2002 to 2004: Hennepin County EMS Council/Medical Director Subcommittee**
- **1998 to 2002: Hennepin County EMS Council/Paramedic Subcommittee**
- **1997 to Present: Minnesota Chapter, American College of Emergency Physicians EMS Committee**
- **1996 to 1997: Hennepin County Medical Center Patient Retention Task Force**
- **1996 to 1998: Hennepin County EMS Council/Paramedic Education Task Force**

<u>Boards of Directors</u>
- **2009 to Present: MN Chapter, American College of Emergency Physicians**
- **2006 to Present: MN EMS Medical Directors Education Association, Inc. (President and Chair)**
- **2004 to 2006: MN EMS Medical Directors Education Association, Inc. (Secretary/Treasurer)**
- **1996 to 1997: Minnesota Chapter, American College of Emergency Physicians**
- **1995 to 1998: Minnesota Association of EMS Physicians**

23

*COMMITTEE EXPERIENCE* (continued):

<u>Member</u>
- 2009 to Present: American Academy of Emergency Medicine Clinical Practice Committee
- 2008 to Present: American College of Emergency Physicians Task Force on Excited Delirium
- 2006 to 2007: Hospital Security Task Force, Hennepin County Medical Center
- 2003 to Present: American College of Emergency Physicians Section on Tactical EMS
- 2000 to 2001: Minneapolis Civil Disturbance Planning Committee
- 1999 to Present: Minnesota Annual Ambulance Medical Director Retreat Planning Committee
- 1997 to 2000: LifeLink III Aeromedical Transport Medical Advisory Committee
- 1997 to Present: Hennepin County EMS Council Medical Standards Committee
- 1997 to Present: Hennepin County EMS Council
- 1995 to 1998: Hennepin County EMS Council/Paramedic Subcommittee
- 1995 to 1996: Hennepin County Medical Center Trauma Multidisciplinary Committee

*PROFESSIONAL ASSOCIATIONS*:
- American College of Emergency Physicians – Fellow
- American Academy of Emergency Medicine - Fellow
- American Board of Emergency Medicine – Diplomate
- American Board of Emergency Medicine – Oral Examiner
- Society of Academic Emergency Medicine - Member
- National Association of EMS Physicians – Member
- International Association of Chiefs of Police – Member
- National Sheriffs' Association - Member
- Fraternal Order of Police – Member
- MN Professional Peace Officer Association – Member
- Archibald Bush Foundation – Senior Medical Fellow

*LICENSURE & CERTIFICATION*:
- Minnesota Peace Officers Standards and Training Board, License #18203
- Fellow of the American College of Emergency Physicians #355932
- Fellow of the American Academy of Emergency Medicine
- Diplomate of the American Board of Emergency Medicine-1997 Recertified 2006
- Diplomate of the National Board of Medical Examiners-1994
- Minnesota Medical License #36894
- Nevada Medical License #8083 (inactive)
- ACLS/APLS/ATLS provider and instructor certified
- PALS provider certified
- TASER operator and instructor certified
- Minnesota Emergency Vehicle Operator Certification
- Minnesota Police Pursuit Vehicle Operator Certification
- Minnesota Police Pursuit Intervention Tactics (PIT) Certification
- Standardized Field Sobriety Testing Certification
- Tactical EMS/SWAT Physician Certification
- California Firefighter Certification

*REFERENCES*: