**Filed**

JUL 1 2 2013

RIOHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS; ANNA SALINAS; CARLOS SALINAS; and LORETTA SALINAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE; BARRY CHIKAYASU; JASON WOODALL, RODERICK SMITH; MICHAEL MCLAREN,<br><br>Defendants. | Case No. CV 09-4410 EJD<br>Consolidated with CV 08-02625 EJD<br><br>[*Honorable Edward J. Davila*]<br><br>**SPECIAL VERDICT FORM** |

SPECIAL VERDICT

We the jury in the above-entitled case find on this special verdict form as follows:

**QUESTION 1:**

Did any of the following defendant officers use unreasonable force or cause unreasonable force to be used against Steve Salinas?

| | | |
|---|---|---|
| Barry Chikayasu | _____✓_____ YES | _____ NO |
| Jason Woodall | _____ YES | _____✓_____ NO |
| Roderick Smith | _____ YES | _____✓_____ NO |
| Michael McLaren | _____ YES | _____✓_____ NO |

*If you answered "Yes" for any of the defendant officers, please answer Question 2. If you answered "No" as to all of the defendant officers, please sign and return the verdict form.*

**QUESTION 2:**

Was the use of unreasonable force a cause of Steve Salinas' death?

_____✓_____ YES          _____ NO

*If you answered "Yes" to Question 2, please answer Question 3. If you answered "No" to Question 2, please sign and return the verdict form.*

//
//
//
//

- 2 -

United States District Court
For the Northern District of California

**QUESTION 3:**

What are the Plaintiffs' damages resulting from the death of Steve Salinas?

| | |
|---|---|
| Anna Salinas | $ 250,000 |
| Noreen Salinas | $ 250,000 |
| Carlos Salinas | $ 250,000 |
| Loretta Salinas | $ 250,000 |

*Please sign and date the verdict form and return it to the Court.*

Dated: JULY 12, 2013          Signed: Robert Diamond

                                        Presiding Juror

SPECIAL VERDICT