

**Filed**

JUL 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS; ANNA SALINAS; CARLOS SALINAS; and LORETTA SALINAS,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SAN JOSE; BARRY CHIKAYASU; JASON WOODALL, RODERICK SMITH; MICHAEL MCLAREN,<br><br>　　　　　　Defendants. | Case No. CV 09-4410 EJD<br>Consolidated with CV 08-02625 EJD<br><br>[*Honorable Edward J. Davila*]<br><br>**SPECIAL VERDICT FORM** |

- 1 –

We the jury in the above-entitled case find on this special verdict form as follows:

**QUESTION 1:**

Did any of the following defendant officers use unreasonable force or cause unreasonable force to be used against Steve Salinas?

| Officer | Yes | No |
|---|---|---|
| Barry Chikayasu | ✓ YES | ___ NO |
| Jason Woodall | ___ YES | ✓ NO |
| Roderick Smith | ___ YES | ✓ NO |
| Michael McLaren | ___ YES | ✓ NO |

*If you answered "Yes" for any of the defendant officers, please answer Question 2. If you answered "No" as to all of the defendant officers, please sign and return the verdict form.*

**QUESTION 2:**

Was the use of unreasonable force a cause of Steve Salinas' death?

✓ YES     ___ NO

*If you answered "Yes" to Question 2, please answer Question 3. If you answered "No" to Question 2, please sign and return the verdict form.*

//
//
//
//

**QUESTION 3:**

What are the Plaintiffs' damages resulting from the death of Steve Salinas?

| | |
|---|---|
| Anna Salinas | $ 250,000 |
| Noreen Salinas | $ 250,000 |
| Carlos Salinas | $ 250,000 |
| Loretta Salinas | $ 250,000 |

*Please sign and date the verdict form and return it to the Court.*

Dated: JULY 12, 2013          Signed: Robert T. Diamond
                                      Presiding Juror

- 3 -

SPECIAL VERDICT