IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS, et. al., | CASE NO. 5:09-cv-04410 EJD |
| Plaintiff(s), | **ORDER RE: PROPOSED JUDGMENT** |
| v. | |
| CITY OF SAN JOSE, et. al., | |
| Defendant(s). | |

This action having been tried before a jury and verdict having been rendered accordingly (see Docket Item No. 220), the court hereby orders that Plaintiffs shall submit to the court a proposed form of judgment on or before **August 16, 2013.**

**IT IS SO ORDERED.**

Dated: August 2, 2013

EDWARD J. DAVILA
United States District Judge