UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS, ANNA SALINAS, CARLOS SALINAS, AND LORETTA SALINAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, BARRY CHICKAYASU, JASON WOODALL, RODERICK SMITH AND MICHAEL McLAREN,<br><br>Defendants. | Case Number: C09-04410 EJD<br>(Consolidated with CV 08-02625EJD)<br><br>**JOINT PROPOSED JUDGMENT** |

This consolidated action came regularly for trial on June 24, 2013 in Courtroom 4 of the United States District Court for the Northern District of California, the Honorable Edward J. Davila, presiding. Plaintiffs, Noreen Salinas, Anna Salinas, Carlos Salinas, and Loretta Salinas were represented by attorneys, Dale K. Galipo and Melanie T. Partow, of the Law Offices of Dale K. Galipo. The San Jose City Attorney's Office, Clifford S. Greenberg and Ardell Johnson, represented defendants, City of San Jose, Barry Chikayasu, Jason Woodall, Roderick Smith and Michael McLaren.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the Court granted

defendants' motion for judgment as a matter of law on plaintiffs' claims under 42 U.S.C. § 1983 for violation of the decedent's constitutional rights upon finding the officers were entitled to qualified immunity.  Plaintiffs dismissed their claims for negligence.  The Court then instructed the jury and submitted the case to the jury for decision on plaintiffs' state law claim for battery and the jury returned the Special Verdict, Document 220, attached hereto as Exhibit A, for which the City of San Jose is vicariously liable as a matter of law.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment in this action be entered as follows:

1. Plaintiff, Noreen Salinas, shall have judgment in the amount of $250,000.00 against defendant City of San Jose.

2. Plaintiff, Anna Salinas, shall have judgment in the amount of $250,000.00 against defendant City of San Jose.

3. Plaintiff, Carlos Salinas, shall have judgment in the amount of $250,000.00 against defendant City of San Jose.

4. Plaintiff, Loretta Salinas, shall have judgment in the amount of $250,000.00 against defendant City of San Jose.

5. Costs and attorney's fees to be awarded as provided by law.

The Clerk shall close this file.

Dated:   9/16/2013

_____
HON. EDWARD J. DAVILA
United States District Judge